CO-386-online
10/03

# United States District Court
# For the District of Columbia

**FILED**

JUN 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Bible Way Church of Our Lord Jesus )
Christ World Wide, Inc. )
)
)
              Plaintiff )
   vs )
)
Cornelius Showell, Lawrence Campbell, Lyle )
Dukes, Joseph Showell, Harvest Life Changers )
World Ministries )
)
              Defendant )

Case: 1:07-cv-01178
Assigned To : Kennedy, Henry H.
Assign. Date : 6/29/2007
Description: General Civil

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Bible Way Church of Our Lord Jesus Christ World Wide, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Bible Way Church of Our Lord Jesus Christ World Wide, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

Roger A. Colaizzi
Print Name

Venable LLP 575 7th St. NW
Address

Washington, D.C. 20003
City     State     Zip Code

202-344-8051
Phone Number

414025
BAR IDENTIFICATION NO.