U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Bible Way Church of Our Lord Jesus Christ World Wide, Inc.

vs.

Cornelius Showell, et al.

No. 1:07-CV-01178 HHK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, MICHAEL R. REEDER, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and, Civil Cover Sheet, Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 08-30-1976.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 3:17 pm on October 29, 2007, I served Lyle Dukes at 14401 Telegraph Road, Woodbridge, Virginia 22192 by serving Lyle Dukes, personally.  Described herein:

```
    SEX-   MALE
    AGE-   45
 HEIGHT-   5'8"
   HAIR-   BLACK
 WEIGHT-   160
   RACE-   BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on __10-31-07__
               Date

MICHAEL R. REEDER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 196480

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Bible Way Church of Our Lord Jesus Christ
World Wide, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Cornelius Showell, et al.

Case: 1:07-cv-01178
Assigned To : Kennedy, Henry H.
CA Assign. Date : 6/29/2007
Description: General Civil

TO: (Name and address of Defendant)

Lyle Dukes
14401 Telegraph Road, Woodbridge, Virginia, 22192

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roger Colaizzi
Venable LLP
575 7th St. NW
Washington, D.C. 20003
202-344-8051

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**            **JUN 2 9 2007**
CLERK                                                          DATE

_(signature)_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Bible Way Church of Our Lord Jesus Christ World Wide, Inc.

vs.

Cornelius Showell, et al.

No. 1:07-CV-01178 HHK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MICHAEL R. REEDER, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and, Civil Cover Sheet, Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 08-30-1976.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:17 pm on October 29, 2007, I served Harvest Life Changers World Ministries at 14401 Telegraph Road, Woodbridge, Virginia 22192 by serving Lyle Dukes, Officer, authorized to accept. Described herein:

```
   SEX-    MALE
   AGE-    45
HEIGHT-    5'8"
  HAIR-    BLACK
WEIGHT-    160
  RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  10-31-07
             Date

MICHAEL R. REEDER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 196479

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Bible Way Church of Our Lord Jesus Christ
World Wide, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Cornelius Showell, et al.

CAS

Case: 1:07-cv-01178
Assigned To : Kennedy, Henry H.
Assign. Date : 6/29/2007
Description: General Civil

TO: (Name and address of Defendant)

Harvest Life Changers World Ministries
14401 Telegraph Road, Woodbridge, Virginia, 22192

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roger Colaizzi
Venable LLP
575 7th St. NW
Washington, D.C. 20003
202-344-8051

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                JUN 29 2007
_____        _____
CLERK                                  DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> * | DATE 10-29-07 @ 7:21 PM |
| NAME OF SERVER *(PRINT)* Willis Mayberry | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Elayne Campbell, Wife

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-29-07
Date

Signature of Server: *Willis Mayberry*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
*Address of Server*

* Notice of Right to Consent to Trial Before a United States Magistrate Judge, Civil Cover Sheet and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Bible Way Church of Our Lord Jesus Christ
World Wide, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Cornelius Showell, et al.

Case: 1:07-cv-01178
CAS  Assigned To : Kennedy, Henry H.
Assign. Date : 6/29/2007
Description: General Civil

TO: (Name and address of Defendant)

Lawrence Campbell
151 Grant St., Danville, Virginia, 24541

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roger Colaizzi
Venable LLP
575 7th St. NW
Washington, D.C. 20003
202-344-8051

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JUN 2 9 2007
CLERK                                       DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Bible Way Church of Our Lord Jesus Christ World Wide, Inc.

vs.

Cornelius Showell, et al.

No. 1:07-CV-01178 HHK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, LESLIE ROTH, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and, Civil Cover Sheet, Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-19-1942.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 8:20 pm on October 29, 2007, I served Cornelius Showell at 400 Patleigh Road, Catonsville, Maryland 21228 by serving, Ella Showell, wife, a person of suitable age and discretion who stated she resides therein with the defendant.  Described herein:

```
    SEX-    FEMALE
    AGE-    50
 HEIGHT-    5'7"
   HAIR-    BLACK
 WEIGHT-    240
   RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 10/30/07
Date

LESLIE ROTH
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 196478

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Bible Way Church of Our Lord Jesus Christ
World Wide, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Cornelius Showell, et al.

Case: 1:07-cv-01178
CAS   Assigned To : Kennedy, Henry H.
Assign. Date : 6/29/2007
Description: General Civil

TO: (Name and address of Defendant)

Cornelius Showell
20 S. Caroline St., Baltimore, Maryland, 21231

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roger Colaizzi
Venable LLP
575 7th St. NW
Washington, D.C. 20003
202-344-8051

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON           JUN 29 2007
_____   _____
CLERK                              DATE

_____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Bible Way Church of Our Lord Jesus Christ World Wide, Inc.

vs.

Cornelius Showell, et al.

No. 1:07-CV-01178 HHK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

 I, LESLIE ROTH, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before United States Magistrate Judge, Civil Cover Sheet, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

 That my date of birth / age is 11-19-1942.

 That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

 That service was made by a private process server.

 That I am not a party to or otherwise interested in this suit.

 That at 8:10 am on November 3, 2007, I served Joseph Showell at 9813 Plowline Road, Randallstown, Maryland 21138 by serving Joseph Showell, personally. Described herein:

```
SEX-     MALE
AGE-     75
HEIGHT-  5'11"
HAIR-    BLACK/WHITE
WEIGHT-  200
RACE-    BLACK
```

 I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  11/5/07
     Date

LESLIE ROTH
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 196477

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Bible Way Church of Our Lord Jesus Christ
World Wide, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Cornelius Showell, et al.

CASE NUMBER: 1:07-cv-01178-HHK

TO: (Name and address of Defendant)

Joseph Showell
4551 Benning Road S.E.
Washington, D.C. 20019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roger Colaizzi
Venable LLP
575 7th St. NW
Washington, D.C. 20003
202-344-8051

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                    10.30.07
CLERK                                           DATE

(By) DEPUTY CLERK