IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIBLE WAY CHURCH OF OUR LORD JESUS CHRIST WORLD WIDE, INC.<br><br>Plaintiff,<br><br>v.<br><br>CORNELIUS SHOWELL and<br>LAWRENCE CAMPBELL, LYLE DUKES,<br>JOSEPH SHOWELL,<br>Individuals, and<br>HARVEST LIFE CHANGERS WORLD MINISTRIES<br>A Virginia Corporation<br><br>Defendants. | CA No.: 1:07-cv-00-001178<br>(HHK) |

## STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their respective undersigned counsel, that the time for Defendants to answer, move or otherwise respond to the Complaint in the above-captioned action shall be extended up to and including December 21, 2007.

VENABLE LLP

By: ____/s/____
Roger Colaizzi DC Bar # 414025
575 7th Street, NW
Washington, DC 20004
Tel: (202) 344-4000
Fax: (202) 344-8300

*Counsel for Plaintiff*

ARNOLD & PORTER LLP

By: ____/s/____
David B. Bergman DC Bar # 435392
Jordan Esbrook DC # 501269
Washington, DC 20004
Tel: (202) 942 5000
Fax: (202) 942 5999

*Counsel for Defendants*

SO ORDERED this ___ day of _____, 2007.

_____
JUDGE HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE