# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIBLE WAY CHURCH OF OUR LORD JESUS CHRIST WORLD WIDE, INC., <br> 261 Rochester Ave., Brooklyn, New York, 11213 <br> A District of Columbia Corporation <br><br> Plaintiff, <br><br> v. <br><br> CORNELIUS SHOWELL and <br> LAWRENCE CAMPBELL, LYLE DUKES, <br> JOSEPH SHOWELL, <br> Individuals, and <br> HARVEST LIFE CHANGERS WORLD MINISTRIES, <br> A Virginia Corporation <br><br> Defendants. | Civil Action No.: 1:07-cv-01178 <br> HHK |

## PLAINTIFF'S UNOPPOSED MOTION
## FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO
## DEFENDANTS' MOTION TO DISMISS (DKT. 5)

Plaintiff Bible Way Church of Our Lord Jesus Christ World Wide, Inc. hereby requests a twenty-one (21) day extension of time to file a Memorandum in Opposition to Defendants' Motion to Dismiss. Defendants have granted their consent to this request.

On December 21, 2007, Defendants filed their Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 5). Pursuant to Local Rule 7(b), Plaintiff's Memorandum in Opposition is due within 11 days of service, or January 2, 2008.

The undersigned counsel has a scheduled vacation because of the holidays, and will not return to the office until January 2, 2008. In light of the holidays and counsel's planned

vacation, Defendants have agreed to a twenty-one (21) day extension for Plaintiff to file its opposition. Plaintiff therefore respectfully requests an extension for leave to file its Memorandum in Opposition until January 23, 2008.

December 21, 2007                                  Respectfully submitted,

                                             _____/s/_____
                                             Roger A. Colaizzi
                                             D.C. Bar No. 414025
                                             VENABLE  LLP
                                             575 7th Street, N.W.
                                             Washington, D.C.  20004
                                             Telephone:  (202) 344-8051
                                             Facsimile:   (202) 344-8300
                                             racolaizzi@venable.com

                                             *Counsel for Plaintiff*
                                             *Bible Way Church of Our Lord Jesus Christ World Wide, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 21, 2007 I will electronically file the foregoing with the Clerk of the Court using CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Jordan Genevieve Esbrook
>Kwame A. Clement
>David B. Bergman
>Catherin Rowland
>ARNOLD & PORTER
>555 12th Street, NW
>Washington, DC 20004
>(202) 942-5056
>Email: jordan_esbrook@aporter.com
>
>*Counsel for Defendants*

>              /s/
>Roger A. Colaizzi
>D.C. Bar No. 414025
>VENABLE  LLP
>575 7th Street, N.W.
>Washington, D.C.  20004
>Telephone:  (202) 344-8051
>Facsimile:   (202) 344-8300
>racolaizzi@venable.com
>
>*Counsel for Plaintiff*
>*Bible Way Church of Our Lord Jesus Christ World Wide, Inc.*