## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

BIBLE WAY CHURCH OF OUR LORD JESUS      )
CHRIST WORLD WIDE, INC.,                )
261 Rochester Ave., Brooklyn, New York, 11213   )
A District of Columbia Corporation      )
                                        )
                                        )
                  Plaintiff,            )        Civil Action No.: 1:07-cv-01178
                                        )         HHK
                                        )
            v.                          )
                                        )
CORNELIUS SHOWELL and                   )
LAWRENCE CAMPBELL,  LYLE DUKES,         )
JOSEPH SHOWELL,                         )
Individuals, and                        )
HARVEST LIFE CHANGERS WORLD             )
MINISTRIES,                             )
A Virginia Corporation                  )
                                        )
                  Defendants.           )
_____ )

## PLAINTIFF'S SECOND UNOPPOSED MOTION
## FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO
## DEFENDANTS' MOTION TO DISMISS (DKT. 5)

Plaintiff Bible Way Church of Our Lord Jesus Christ World Wide, Inc. hereby requests a

five (5) calendar day extension of time to file a Memorandum in Opposition to Defendants'

Motion to Dismiss.  Defendants have granted their consent to this request.

On December 21, 2007, Defendants filed their Motion to Dismiss for Lack of Personal

Jurisdiction (Dkt. 5).  Pursuant to Local Rule 7(b), Plaintiff's Memorandum in Opposition was

due within 11 days of service, or January 2, 2008.  Plaintiff's filed an unopposed motion for an

extension of time to file Plaintiff's Memorandum in Opposition by January 23, 2008.  On

December 22, 2007, the Court granted this Unopposed Motion and set the deadline for Plaintiff to file its Memorandum in Opposition as January 23, 2008.

The undersigned counsel has had an unforeseen scheduling problem, and in light of this, Defendants have agreed to a five (5) calendar day extension for Plaintiff to file its opposition.  In turn, Plaintiff has consented that Defendants receive until February 13, 2008 to file their Memorandum in Reply to Plaintiff's Opposition.

Plaintiff therefore respectfully requests an extension for leave to file its Memorandum in Opposition until January 28, 2008, and an extension for Defendants to file their Memorandum in Reply until February 13, 2008.


January 23, 2008                          Respectfully submitted,


                                      _____/s/_____
                                      Roger A. Colaizzi
                                      D.C. Bar No. 414025
                                      VENABLE  LLP
                                      575 7th Street, N.W.
                                      Washington, D.C.  20004
                                      Telephone:  (202) 344-8051
                                      Facsimile:   (202) 344-8300
                                      racolaizzi@venable.com

                                      *Counsel for Plaintiff*
                                      *Bible Way Church of Our Lord Jesus Christ World*
                                      *Wide, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 23, 2008 I will electronically file the foregoing with the Clerk of the Court using CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Jordan Genevieve Esbrook
> Kwame A. Clement
> David B. Bergman
> Catherin Rowland
> ARNOLD & PORTER
> 555 12th Street, NW
> Washington, DC 20004
> (202) 942-5056
> Email: jordan_esbrook@aporter.com
>
> *Counsel for Defendants*

$$\underline{\hspace{2cm} /s/ \hspace{2cm}}$$
Roger A. Colaizzi
D.C. Bar No. 414025
VENABLE  LLP
575 7th Street, N.W.
Washington, D.C.  20004
Telephone:  (202) 344-8051
Facsimile:   (202) 344-8300
racolaizzi@venable.com

*Counsel for Plaintiff*
*Bible Way Church of Our Lord Jesus Christ World Wide, Inc.*