**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BIBLE WAY CHURCH OF OUR LORD JESUS CHRIST WORLD WIDE, INC., 261 Rochester Ave., Brooklyn, New York, 11213 A District of Columbia Corporation <br><br> Plaintiff, <br><br> v. <br><br> CORNELIUS SHOWELL and LAWRENCE CAMPBELL, LYLE DUKES, JOSEPH SHOWELL, Individuals, and HARVEST LIFE CHANGERS WORLD MINISTRIES, A Virginia Corporation <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.: 1:07-cv-01178 HHK |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION**
**TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Plaintiff Bible Way Church of Our Lord Jesus Christ, Inc. (hereinafter "Plaintiff" or "The Church"), through their undersigned counsel, files this memorandum in opposition to Defendants' Cornelius Showell, Lawrence Campbell, Lyle Dukes, Joseph Showell and Harvest Life Changers World Ministries (hereinafter "Showell," "Campbell," "Dukes," "J. Showell," "Harvest" or as a whole, "Defendants") Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion"). In support of its memorandum Plaintiff states as follows:

## INTRODUCTION

This Court has general and specific jurisdiction over Defendants.  Among other conduct that render them subject to personal jurisdiction in this Court:

- Defendants have and continue to hold themselves out as controlling members and officers of a District of Columbia corporation;

- Defendants operate a website that claims to be the website of a District of Columbia corporation;

- Defendants filed pleadings in a separate litigation claiming that they are controlling members and officers of a District of Columbia corporation;

- Defendants misappropriated the identity, history, name and trademarks of a District of Columbia corporation; and

- Defendants use real property in the District of Columbia and solicit parishioners and other business in the District of Columbia.

Each act by itself establishes jurisdiction.  Together these facts compel denial of Defendants' baseless motion for dismissal.  Indeed, for Defendants to do all of these things *within and related to* the District of Columbia, but then turn around and claim that they are not subject to personal jurisdiction in the District of Columbia is disingenuous at best.  Defendants have significant contacts with the District of Columbia and have caused, and are continuing to cause, significant harm to a District of Columbia corporation.

Moreover, Defendants do not challenge the Court's general jurisdiction over them and thus necessarily concede that jurisdiction on this basis is proper.  Therefore, Plaintiff respectfully requests that the Court deny Defendants' Motion and award Plaintiff costs and attorneys fees for having to respond to this Motion pursuant to 28 U.S.C. § 1927.

Alternatively, Plaintiff respectfully requests that it be permitted to take discovery of the Defendants to establish this Court's personal jurisdiction over the Defendants.

## BACKGROUND

Plaintiff, The Bible Way Church of Our Lord Jesus Christ, Inc. ("The Church"), is an organization of African-American Pentecostal churches founded and incorporated in 1957 in the District of Columbia. *See* Ex. B (Incorporation Documents). This litigation arises out of a split in that organization. Beginning in 1997, one faction of the organization, led by Defendant Campbell, violated The Church's Rules and Regulations in several ways and on November 20, 1997, pursuant to The Church's Rules and Regulations, Defendants Campbell, Showell, J. Showell, and several other bishops were expelled as members of The Church for these violations.

Defendants are no longer affiliated with or agents of The Church, however, they are holding themselves out as members and officers of an entity using the same name "The Bible Way Church of Our Lord Jesus Christ Worldwide Incorporated." *See* Dkt. 5-4, Ex. 1, p. 1, (printout from Defendants' website). Defendants operate a website, located at www.biblewayworldwide.org, that claims to be the website for The Church ("Defendants' Website"). *See id.* The "About Us" page of Defendants' Website claims, "The Bible Way Church of Our Lord Jesus Christ World-Wide, Inc. is an organization of African-American Pentecostal churches started in 1957 in Washington, DC." This misappropriation of Plaintiff's name and identity is the basis of this litigation.

Plaintiff has been unable to determine whether Defendants have organized or incorporated in any manner or place. At present, the only information that Plaintiff has is that Defendants continue to claim that they are The Church – a District of Columbia corporation that was incorporated in 1957 in the District of Columbia. Dkt. 5-4, p. 2. Plaintiff therefore named the individuals who are directing the misrepresentation that

they are The Church, who are claiming that they are members and officers of The

Church, who are operating a website that claims to be the website for The Church, and

who are using the name and trademarks of The Church.

The parties have been involved in previous litigation relating to real property.

Several of the Defendants filed suit alleging a claim for breach of contract, among other

things, related to real property located in South Carolina (the "South Carolina

Litigation"). In the South Carolina Litigation, Defendants Campbell and Showell were

listed as Plaintiffs along with "Bible Way Church of Our Lord Jesus Christ World Wide,

Inc." (the "Bible Way Plaintiff"). *See* Exhibit E (Amended Complaint filed Oct. 10,

2006). Campbell, Showell and the Bible Way Plaintiff asserted that the Bible Way

Plaintiff "is a corporation organized and operating under and pursuant to the laws of

District of Columbia [and] does business and owns property located in the County of

Richland, South Carolina." *See* Exhibit E at ¶ 1. In addition, Defendant Showell stated

that he is the "Chief Apostle" of the Bible Way Plaintiff, and Defendant Campbell

claimed he was a "Senior Apostle" with the Bible Way Plaintiff, a District of Columbia

corporation. *See* Exhibit E at ¶¶ 2-3.

The Plaintiff in the present case did not file the Amended Complaint in the South

Carolina Litigation, did not engage counsel to file a complaint in the South Carolina

Litigation, and did not otherwise approve of or consent to Defendants Showell and

Campbell acting on its behalf in filing suit or hiring counsel to prosecute the claims

asserted in the South Carolina Litigation. Just as the Defendants have done in their

brochures, advertisements and internet website, Defendants misappropriated the

Plaintiff's identity in the South Carolina Litigation and claimed they were the very same organization from which they were expelled.

Incredibly, the Defendants who claimed in the South Carolina Litigation to be apostles of and co-Plaintiffs with the Bible Way Plaintiff, who have used the laws of the District of Columbia to their benefit, now attempt to separate themselves from the District and assert they have no contact with the District.

## STATEMENT OF JURISDICTIONAL FACTS

1.      Plaintiff is a corporation duly organized and existing under the laws of the District of Columbia.

2.      Defendant Showell is holding himself out as Presiding Bishop and Chief Apostle of "Bible Way Church of Our Lord Jesus Christ World Wide, Inc."  Dkt. 5-4, p.6.

3.      Defendant Campbell previously held himself out as the Chief Apostle and Presiding Bishop of "Bible Way Church of Our Lord Jesus Christ World Wide, Inc." *See* Ex. A, p. 1 (printout from May 30, 2007, of Defendants' Organization's webpage).

4.      Defendant J. Showell held himself out as the General Secretary of "Bible Way Church of Our Lord Jesus Christ World Wide, Inc."  Ex. A, p. 3.  Contrary to Defendant J. Showell's Declaration (Dkt. 5-8) where he states that he does "not solicit, conduct, or transact business in the District of Columbia" and is "not engaged in any persistent course of conduct in the District of Columbia," Defendant J. Showell held himself out as a Bishop based in the District of Columbia on the Defendants' Website, *see* Ex. A, p.3, and as a Bishop at Gospel Ark Temple, located in the District of Columbia, a church listed in a directory on Defendants' Website.  *See* Ex. A, p. 8.

5.     Defendants' operate a webpage located at www.biblewayworldwide.org. *See* Ex. C (WHOIS Report dated January 21, 2008 that lists Cornell Showell as the registrant for the domain name biblewayworldwide.org).

6.     Defendants state in their Motion that "contrary to the allegations in the Complaint, the www.biblewayworldwide.org domain name is not registered to Defendant Lyle Dukes." (Dkt. 5-2, p.6; Dkt. 5-7, Dec. of Lyle Dukes, ¶ 6). However, at the time Plaintiff filed the Complaint, Defendant Lyle Dukes was the registrant for the domain name and Defendant Harvest Life Changers World Ministries ("Harvest") was the organization listed as the registrant for the domain name. *See* Ex. D (WHOIS Report dated June 25, 2007).

7.     Defendants' continue to list the General Secretary on Defendants' Website as located in the District of Columbia. Dkt. 5-4, p. 3.

8.     In prior litigation, Defendants purported to be part of a corporation organized and incorporated in the District of Columbia and claimed the rights, privileges and protections of the District of Columbia by such alleged incorporation. Ex. E, ¶¶ 1-3.

9.     Defendants have listed member churches with District of Columbia addresses in their membership directory, which is available on Defendants' website. Ex. A, p. 9.

## **ARGUMENT**

**I.    THE COURT HAS JURISDICTION OVER THE DEFENDANTS**

Consistent with due process, a court may exercise personal jurisdiction over a nonresident defendant (1) where "minimum contacts" exist between the defendant and the forum state and (2) where maintenance of the lawsuit would not offend traditional notions of fair play and substantial justice.  *World-Wide Volkswagen Corp. v. Woodson,* 444 U.S. 286, 291-92 (1980); *International Shoe Co. v. Washington*, 326 U.S. 310, 316 (1945).

Personal jurisdiction may be found in two ways:  (1) a court may exercise general jurisdiction if the defendant's contacts with the forum state are continuous and systematic, or (2) a court may exercise specific jurisdiction if the defendant purposefully directed activities at residents of the forum, the litigation results from alleged injuries that arise out of or relate to those activities, and the exercise of jurisdiction is reasonable.  *See generally, Atlantigas Corp. v. Nisource, Inc.*, 290 F. Supp. 2d 34 (D.D.C. 2003).

**A.    The Court has General Jurisdiction over the Defendants.**

General jurisdiction exists when the defendant is domiciled in the forum state or when his activities in that state are so "continuous and systematic" that they would be considered equivalent to actual presence in the state.  *See Helecopteros Nacionales de Colombia, S.A. v. Hall*, 466 U.S. 408, 414-16 (1984).  General jurisdiction over a defendant is proper under D.C. Code Section 13-334(a) "even if the claim at issue does not arise from the defendant's conduct in the District of Columbia [but] where the defendant is 'doing business' in the District."  *See, e.g., Arista Records, Inc. v. Sakfield Holding Co. S.L.*, 314 F. Supp. 2d 27, 30 (D.D.C. 2004).

Here, Defendants are "doing business" in the District of Columbia and have sufficient continuous and systematic contacts to warrant general jurisdiction. Defendants have claimed the rights and protections of the District by claiming to be principals and members of a church incorporated in this District. *See* Exs. A, E; Dkt. 5-4. Defendants have remained steadfast to the notion that they are The Church, that The Church is incorporated under the laws of the District and that the Church's history dates back to 1957. *See* Dkt. 5-4; Ex. A. The Church of which the Defendants proclaim to be is subject to suit in the District under the general jurisdiction provisions of the D.C. Code. The Defendants even claim that the Office of the General Secretary is located in the District. *See* Dkt. 5-4, p. 3. Moreover, Defendants, either individually or through their organization, appear to have an interest in or possess real property in the District because their website lists three churches in the District in its directory. *See* Ex. A, p. 8. Defendant J. Showell is listed as Bishop of the Gospel Ark Temple church in the District. *See* Ex. A, p. 8. Through the activities and property located in the District, the Defendants' activities are continuous and systematic and indeed, not merely "equivalent to actual presence" but constitute actual presence in the District. Defendants are, by their actions, "doing business" in the District. *Arista Records,* 314 F. Supp. 2d at 30.

Tellingly, Defendants did not address general jurisdiction in their Motion and therefore concede that jurisdiction on this basis is proper. The Court should therefore deny the motion to dismiss.

### B.     <u>The Court has Specific Personal Jurisdiction over the Defendants</u>.

Specific personal jurisdiction over the Defendants is proper if this Court finds (1) that jurisdiction is proper over the Defendants under the District of Columbia's long-arm

statute, and (2) that exercising jurisdiction over the Defendants comports with the

constitutional requirements of due process.  *See, e.g., GTE New Media Servs. Inc. v.*

*Bellsouth Corp.*, 199 F.3d 1343, 1347 (D.C. Cir. 2000).

> The long-arm statute for the District of Columbia (the "District") provides:
>
> A District of Columbia court may exercise personal jurisdiction over a
> person, who acts directly or by an agent, as to a claim for relief arising
> from the person's – (1) transacting any business in the District of
> Columbia; (2) contracting to supply services in the District of Columbia;
> (3) causing tortious injury in the District of Columbia by an act or
> omission in the District of Columbia; (4) causing tortious injury in the
> District of Columbia by an act or omission outside the District of
> Columbia if he regularly does or solicits business, engages in any
> persistent course of conduct, or derives substantial revenue from goods
> used or consumed, or services rendered, in the District of Columbia; (5)
> having an interest in, using, or possessing real property in the District of
> Columbia; ….

District of Columbia Code § 13-423(a).  Subsection (a)(1) of the long-arm statute – the

"transacting business" clause – has generally been interpreted as requiring the same proof

and inquiry as the Constitution's due process clause.  *GTE New Media*, 199 F.3d at 1347.

Thus, a personal jurisdiction analysis under (a)(1) and the due process clause merge

together into one inquiry.  *Id.*

The due process clause of the Constitution requires that the Defendants have

sufficient minimum contacts with the forum such that maintaining the suit does not

offend "'traditional notions of fair play and substantial justice.'"  *Id.,*(quoting

*International Shoe Co.*, 326 U.S. at 316).  Ultimately, those contacts should be of a kind

and amount that the Defendants should reasonably anticipate being haled into court in the

District.  *See, e.g., id.*

The requirements of the long-arm statute and due process are met and warrant

exercising personal jurisdiction over these Defendants.  Personal jurisdiction is proper

because Defendants regularly do or solicit business in the District; hold themselves out to be officers of, and to be affiliated with, a corporation incorporated in the District; persistently provide advertising over the Internet to users, consumers and advertisers in the District; and derive revenue from services rendered in the District. D.C. Code § 13-423(a)(1)-(5).[1] Additionally, personal jurisdiction would not offend due process under the U.S. Constitution because Defendants' business in the District qualifies as sufficient minimum contacts between Defendants and the District such that it would not offend traditional notions of fair play and substantial justice.

By using the Plaintiff's name and representing themselves as agents of the Plaintiff – each time clearly identifying the Plaintiff as an entity incorporated in the District – the Defendants have explicitly represented that they are legally operating in the District. They have stolen the Plaintiff's identity, which originates in this District, and misappropriated Plaintiff's history including the historical claim of being incorporated in the District in 1957. The Defendants cannot now argue that they do not have sufficient contacts with the District to be subject to suit here. Defendants' positions on this issue are untenable.

In support of their motion, Defendants submitted several unsubstantiated affidavits claiming that the Defendants do not reside in the District, transact business in the District,[2] engage in a persistent course of conduct in the District, or derive substantial revenue from the District. *See generally,* Exhibits A through F to Motion. These

---

[1]      In its Complaint, Plaintiff incorrectly limited its assertion of the Court's jurisdiction to subsection (4) of the District's long-arm statute. In reality, Defendants are subject to the Court's jurisdiction pursuant to subsection (1), (2) (3) and possibly (5) as well.

[2]      Notably absent from the affidavit submitted by Defendant Harvest Life is any statement that it *does not* transact business in the District of Columbia. *Compare* Exhibits A – D & F of Def's. Motion *with* Exhibit E to Def's. Motion.

statements are wholly conclusory and unsupported by any real facts or evidence.[3] To the extent the statements made in the Affidavits are afforded any weight or are evidence of a dispute of fact, the Court should resolve discrepancies between the Affidavits and the Complaint in favor of the Plaintiff. *See Naegele v. Albers*, 355 F. Supp. 2d 129, 136 (D.D.C. 2005) ("To determine if a basis for personal jurisdiction exists, the court should resolve factual discrepancies in the complaint and affidavits in favor of the plaintiff."). Moreover, the Defendants' Affidavits are contradicted by their own statements on Defendants' Website and by statements made in the South Carolina Litigation. Defendants' Motion is baseless and should be denied.

In each of the false representations at issue in this case, the Defendants have proclaimed they are either religious leaders of The Church or The Church itself and even went out of their way to note that the church with which they are affiliated is incorporated under the laws of the District. They cannot now sweep all of those claims and representations under the rug and pretend that they have not consistently and repeatedly professed to be an organization incorporated under the laws of the District, and thereby subject to suit in the District.

---

[3]     Defendants correctly note that this Court may accept affidavits from them, along with any other relevant material to determine if it has jurisdiction over the Defendants. *See* Motion, p. 4; *see also Naegele v. Albers*, 355 F. Supp.2d 129, 136 (D.D.C. 2005). The Defendants shortchange the ruling in *Naegele*, however. Notably, the *Naegele* ruling provides that the burden to establish proof of the Court's jurisdiction shifts back to a plaintiff, "'*unless those affidavits contain only conclusory assertions that the defendant is not subject to jurisdiction.*'" *Id.* (quoting *Meier v. Sun Int'l Hotels*, 288 F.3d 1264, 1269 (11th Cir. 2002)) (emphasis added). The Affidavits submitted by Defendants do not contain any facts. Rather, they are filled with unsubstantiated legal conclusions.

1.    **Defendants Transact Business or Contract to Supply Services in the District of Columbia**

Defendants claim they are "Bible Way Church of Our Lord Jesus Christ World Wide *Incorporated*" – an entity that was incorporated in the District in 1957. This is the Plaintiff's corporate name and history. Defendants Showell, Campbell and J. Showell are listed as leaders of "Bible Way Church of Our Lord Jesus Christ World Wide *Incorporated*" and Defendant Dukes directs the activities of the Defendants' Website through Harvest. *See* Ex. D. Defendants have listed member churches in their directory on Defendants' Website with addresses in the District and have listed the General Secretary as located in the District. *See* Ex. A, pp. 9, 13. At the time the Complaint was filed, Defendants' Website listed Defendant J. Showell as the General Secretary and as located in the District. *See* Ex. A, p. 3.

Defendants use Defendants' Website and the name "Bible Way Church of Our Lord Jesus Christ World Wide *Incorporated*" to coordinate and direct the activities of the member churches. They hold conferences and meetings – some of international scale. *See* Dkt. 5-4, pp. 2, 14-15. All of these activities, combined with the fact that the Defendants' proclaim that they are members and officers of a District corporation with an officer located in the District, deem it to be transacting business in the District.

The Defendants' unsupported and conclusory Affidavits should be afforded no weight in this case. They offer nothing more than legal conclusions from individuals and an entity that have not provided any basis of knowledge for the conclusions asserted in each Affidavit. Notably, the Affidavit submitted on behalf of Defendant Harvest contains no statement that it does not transact business in the District. Each of the Defendants conducts business under the name "Bible Way Church of Our Lord Jesus Christ World

Wide *Incorporated*"– the very same organization they claim was and remains incorporated in the District.

### 2.    Defendants Have Caused Tortious Injury in the District of Columbia

Tortious activity conducted through a web site and intended to cause injury in the forum state is sufficient "minimum contact" with the forum state for personal jurisdiction.  *See, e.g., GTE New Media*, 199 F.3d at 1349; *Kline v. Williams*, No. Civ.A. 05-01102, 2006 WL 758459, at *5 (D.D.C. March 23, 2006).

Plaintiff owns all rights in the name Bible Way Church of Our Lord Jesus Christ World Wide, Inc. and remains incorporated under that name in the District.   Plaintiff also owns all rights in the trademarks BIBLE WAY CHURCH OF OUR LORD JESUS CHRIST WORLD-WIDE INC., BIBLE WAY CHURCH OF OUR LORD JESUS CHRIST WORLD WIDE INC AD 1957 and Design, and BIBLE WAY CHURCH OF OUR LORD JESUS CHRIST WORLD WIDE and Design.  Defendants' Organization is making false and misleading statements, including claiming that their organization was started in 1957 in the District by Smallwood Williams, and that 2007 was their 50th convocation.  *See* Dkt. 5-4, pp. 2, 4, 7, 12-15.

Defendants' Website is located at the domain name biblewayworldwide.org, which is confusingly similar to Plaintiff's federally registered mark, BIBLE WAY CHURCH OF OUR LORD JESUS CHRIST WORLD-WIDE INC.  There is actual public confusion, and a likelihood of future confusion, regarding the relationship between The Church and Defendants, which has been caused by the Defendants' misrepresentations, along with those misrepresentations contained on the website www.biblewayworldwide.org.

In this case, the Defendants directed their misappropriation at The Church – an entity they knew was organized and operated out of the District.  On Defendants' Website, the Defendants assume The Church's identity, use its marks and designs without permission, and advertise for upcoming seminars and conferences (all the while soliciting vendors and exhibitors for those same conferences and seminars).[4]  Indeed, the Website maintained by Defendants' opens with a flash presentation that begins with *Plaintiff's* trademark logo rising like the sun.  *See* Ex. G (CD capturing Defendants' Website presentation).    These activities are all directed at a District corporation – The Church – and are the very types of activities which give rise to personal jurisdiction over the Defendants under *GTE New Media* and *Kline*.

      **3.**      **Defendants Appear to Have an Interest In, Use, or Possess Real Property in the District of Columbia**

Under the District long-arm statute, personal jurisdiction is proper if defendant has an interest in, uses or possesses real property in the District.  DDC § 13-423(a)(5).  The Defendants' website lists three churches in the District in its directory.  Defendants' Organization, or any of the Defendants individually, may have an interest in or possess any of the real property in these churches.  Ex. A, p. 8.  Further, one of the three churches listed is the Gospel Ark Temple, which lists Defendant J. Showell as its Bishop, and gives an address of 4559 Benning Road SE, Washington, D.C. 20019.  *Id.*  Therefore, Defendant J. Showell, at the very least *uses* real property in the District of Columbia as

---

[4]      Plaintiff does not base its claim for personal jurisdiction over the Defendants solely on any advertising the Defendants posted on the internet.  Defendants argument that its internet web pages do not provide sufficient minimum contacts with the District misses the mark.  The internet site is not the <u>basis</u> of jurisdiction, rather the site provides admissions as to the Defendants' minimum contacts with the District and offers support for Plaintiff's allegations that Defendants conduct business in the District (*e.g.* own real property in the District, rely on the laws and protections of the District as to incorporation).  Therefore, Defendants' entire argument regarding internet jurisdiction misses the point and is irrelevant.

the meeting place for his congregation and likely has an interest in or possesses the property in the District of Columbia.

In addition, 4559 Benning Road SE, Washington, D.C. 20019 is the same address previously (Ex. A, p. 13) and currently (Dkt. 5-4, p. 3) listed as that of the General Secretary on Defendants' Website. Therefore, Defendants at the very least *use* the real property in the District of Columbia as the office for the General Secretary of the entity that they identify as "Bible Way Church of Our Lord Jesus Christ World Wide *Incorporated*." Defendants, therefore, are subject to personal jurisdiction in the District.

### 4. Defendants, not any "corporation," are misappropriating Plaintiff's name.

Defendants' arguments that there is no personal jurisdiction over them *individually* based on their affiliations with and the jurisdiction over the *corporation* is inapplicable here for one simple, compelling reason: he individuals named in the suit are the persons perpetuating the misconduct. Moreover, there appears to be no actual corporation under which Defendants legally operate. Rather, Defendants themselves, in addition to any formal entity or informal group, make the misrepresentations and misappropriations of Plaintiff's name, trademark, and goodwill. Defendants themselves, purport to direct and make up The Church on their Website. The Defendants cannot hide behind an organization that does not appear to exist. The entity that Defendants purport to be is, in fact, the Plaintiff. Defendants' argument, read in their terms, means that Plaintiff should be suing the corporation that is incorporated under the laws of the District. That is, Plaintiff should sue *itself*, clearly an illogical approach to jurisdiction. The Defendants' reliance on the corporate structure of a fictional entity is inapplicable because they cannot hide behind a corporation that does not apparently exist.

C.    **No Other Forum Would Provide a Jurisdiction Over All of the Defendants**

Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b) because (i) Defendants conduct business in this judicial district and hold themselves out to be, and/or to be officers of, and/or to be affiliated with, a corporation incorporated in the District and (ii) Defendants' actions have injured Plaintiff, which is incorporated in this judicial district.

According to Defendants' Affidavits, they as individuals reside in Virginia, Maryland and Delaware. No other jurisdiction could exercise jurisdiction over all of the Defendants as individuals if limited to the states of residence.

## II.    ALTERNATIVELY, PLAINTIFFS SHOULD BE PERMITTED TO TAKE JURISDICTIONAL DISCOVERY

If this Court finds the Plaintiff's allegations related to personal jurisdiction are deficient, the Plaintiff should be permitted to take discovery of the Defendants to establish this Court's personal jurisdiction over the Defendants. *See GTE New Media*, 199 F.3d at 1351-52. Plaintiff believes it will be able to uncover evidence that the Defendants transact business in the District by soliciting funds from residents of the District and entering into contracts for the provision of services to the Defendants with residents of the District. Plaintiff believes it will also uncover further evidence that Defendants have contracted to supply services in the District, such as the advertising opportunities they offer to vendors to pay to participate in their conferences. *See* Ex. F (Memo to Prospective Exhibitors and Sponsors dated May 1, 2007 and Exhibit Space and Sponsorship Application). Discovery related to the jurisdictional issues raised in this case will also aid the Plaintiff in establishing that Defendants derive substantial revenue

16

from goods used or consumed, or services rendered in the District, and the extent of the Defendants' real property holdings in the District. Defendants have listed three churches located in the District as being member churches of the Defendants' "organization." *See* Ex. A, p. 8. Information regarding the operations and assets of these churches are likely to provide additional evidence to support the Plaintiff's claims that this Court has personal jurisdiction over the Defendants. Information related to the Defendants' finances and those of the Defendants' Organization can be made available to the Plaintiff through discovery and provide the potential supplemental support the Plaintiff needs to defend against the Motion.

<u>**CONCLUSION**</u>

Defendants have repeatedly held themselves out as members and officers of a District of Columbia corporation. Defendants operate a website that claims to be the website of a District of Columbia corporation. Defendants have filed pleadings in a separate litigation claiming that they are members and officers of a District of Columbia corporation. Defendants have misappropriated the identity, history, name and trademarks of a District of Columbia corporation. Defendants use real property in the District of Columbia and solicit parishioners and other business in the District of Columbia. Defendants have significant contacts with the District of Columbia and have caused, and are continuing to cause, significant harm to a District of Columbia corporation. This Court has both general and specific personal jurisdiction over all of the Defendants, and no other forum would provide adequate jurisdiction over this matter.

Therefore, Plaintiff respectfully requests that the Court deny Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, award Plaintiff costs and attorneys fees for

having to respond to this Motion pursuant to 28 U.S.C. §1927, and Order the Defendants

Answer the Complaint within a time certain.

   If the Court finds that because Plaintiff incorrectly limited its allegation of

jurisdiction to subsection (4) of District of Columbia Code §13-423(a), then Plaintiff

requests leave to file an amended complaint.

   Alternatively, Plaintiff requests that it be permitted to conduct limited discovery

of the Defendants related to the jurisdiction issues raised in the Complaint, the Motion

and this Opposition.

                            Respectfully submitted,


                            _____/s/  Roger A. Colaizzi_____
                            Roger A. Colaizzi
                            D.C. Bar No. 414025
                            Venable LLP
                            575 7th Street, N.W.
                            Washington, D.C.  20004-1601
                            Tel:   (202) 344-4000
                            Fax:  (202) 344-8300

                            *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that Plaintiff's Memorandum in Opposition to Defendants'

Motion to Dismiss for Lack of Personal Jurisdiction was served on this 28th day of

January, 2008, electronically and on January 29, 2008 by hand delivery to:


      David B. Bergman
      Kwame A Clement
      Catherine Rowland
      Jordan Esbrook
      ARNOLD & PORTER LLP
      555 12th Street NW
      Washington DC 20004
      Email: Jordan_esbrook@aporter.com
      *Counsel for Defendants*


      _____/s/  Roger A. Colaizzi_____
      Roger A. Colaizzi

# <u>EXHIBIT B</u>

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

## ARTICLES OF INCORPORATION
### FOR
## BIBLE-WAY CHURCH OF OUR LORD JESUS CHRIST;
### WORLD-WIDE

23920

### Preamble

We, the undersigned, desiring to form a religious corporation under Chapter 5, Title 29, Sec. 501 et seq., Code of Laws of the District of Columbia, have and do adopt the following Articles of Incorporation:

### Name, Purpose, Location and Time of Existence

I.  The name of this Corporation shall be Bible-Way Church of Our Lord Jesus Christ; World-Wide.

The general purpose and plan of operation of this Corporation shall be to establish Bible-Way Churches of Our Lord Jesus Christ in each of the 48 domestic jurisdictions and in foreign countries for the carrying on of religious, charitable, educational and evangelistic work; to buy, manage, own and hold real and personal property necessary and proper for the carrying out of said purposes; all purposes to be accomplished under rules and regulations in a Constitution and By-Laws to be adopted by a General Assembly, hereafter provided for; said Constitution and By-Laws to be in harmony with these Articles of Incorporation and the laws of the District of Columbia.

This Corporation shall be without Capital Stock and will not be operated for profit.

The place of location of the headquarters of this Corporation shall be in Washington, D. C.

This Corporation shall exist in perpetuity.

### Membership

II. Any person, persons, or church congregations may qualify as members of this Corporation, subject however to such rules, regulations and restrictions as shall be provided for by the General Assembly of this Corporation through its Constitution and By-Laws.

DAVID E. SLOAN, ATTORNEY AT LAW
1924 - 13TH STREET, N-WV.—HUDSON 3-2279
WASHINGTON 9, D. C.

FILED
BY:

- 2 -

ARTICLES OF INCORPORATION                    Cont'd.

### Officers and Government

III. The officers of this Corporation shall consist of a
Board of Bishops, consisting of five (5) or more members of unequal
number, who shall have charge of the spiritual and temporal affairs
of the Corporation; and the qualifications, duties and manner of
election of said Board of Bishops shall be fixed and determined
by the Constitution and By-Laws of this Corporation.

There shall be a Board of Trustees, consisting of five (5)
members which shall have all the powers provided by law for trust-
ees of religious corporations.  It shall have power to buy, own,
control and manage all personal and real property of the Corpora-
tion and by and with consent of the General Assembly under rules
and regulations provided for in the Constitution and By-Laws,
dispose of and sell said personal and real property.

There shall be a General Assembly consisting of the
Board of Bishops, elected officers as such are provided for in
the Constitution and By-Laws, ministers and missionaries of the
Bible Way Church of Our Lord Jesus Christ; World-Wide, and duly
qualified delegates representing local congregations.

It shall be the function and duty of the General Assembly
to suggest, make and amend rules and regulations for the trans-
action of business of the Corporation and the government thereof.
Said General Assembly shall meet in an Annual Convocation.
Special meetings of the General Assembly may be called in a manner
and form provided for in the Constitution and By-Laws.

### Division and Amendments

IV: In event a division shall occur within this Corporation,
the personal and real property of this Corporation shall belong
to that portion thereof which adheres to the doctrine and pre-
cepts of the Bible Way Church of Our Lord Jesus Christ; World-
Wide.  The Articles of this Corporation may be amended in manner
and form provided for in the Constitution and By-Laws.

DAVID E. SLOAN, ATTORNEY AT LAW
1821 14TH STREET, N. W.       HUDSON 3-4339
WASHINGTON 9, D. C.

- 3 -

ARTICLES OF INCORPORATION                     Cont'd.

In witness whereof, we have signed these Articles of Incorporation on the 1st day of *Nov.*, 1957.

*Smallwood E. Williams*
*Henry Brown*
*William Gerald*
*James T. Clark*
*John S. Brown*

DISTRICT OF COLUMBIA, ss:

I hereby certify that on the 1st day of *Nov.*, 1957, before me, the subscriber, a notary public of the District of Columbia, personally appeared *Smallwood E. Williams, Henry Brown, William Gerald, James T. Clark and John S. Beane* and severally acknowledged the foregoing Articles of Incorporation to be their act.

Witness my hand and notarial seal, the day and year last above written.

*David E. Sloan*
Notary Public, D. C.

432014
570315

# CERTIFICATE OF ELECTION OF TRUSTEES
## OF

## BIBLE-WAY CHURCH OF OUR LORD JESUS CHRIST; WORLD-WIDE

THIS IS TO CERTIFY that the following named persons, whose signatures appear hereon, were elected and/or re-elected members of the Board of Trustees of the _____ BIBLE-WAY CHURCH OF OUR LORD JESUS CHRIST; WORLD-WIDE _____ (Name of church)

at a regularly called meeting in accordance with the discipline and rules governing said church:

Elected _NOV 1_ 19_57_ to serve _5_ years or until their successors are elected and qualified.

_Smallwood E. Williams_ (Seal)
_Henry ____ Owen_ (Seal)
_William ____ Derald_ (Seal)
_James L. Clark_ (Seal)
_John S. Brank_ (Seal)

Re-elected _NOV 1_ 19_62_ to serve _5_ years or until their successors are elected and qualified.

_Smallwood E. Williams_ (Seal)
_Henry Brown_ (Seal)
_William Derald_ (Seal)
_James L. Clark_ (Seal)
_John S. Brank_ (Seal)

Members of Board of Trustees

SUBSCRIBED AND SWORN TO BEFORE ME THIS _10th_ DAY OF _June_ 19 19/67

(Notarial Seal)

_Arthur Foster_
Arthur Foster    Notary Public
My Commission Expires Dec. 31, 1970

INSTRUCTIONS:
  Execute in duplicate
  Filing Fee — $3.00
  Trustees must sign in ink; but only one need appear before the Notary Public

**FILED**
JUN 16 1967

BY: _Alfred Goldstein_
Superintendent of Corporations

Rev. Oct. 1959

*Filing Fee $3.00*

*57-315*

# CERTIFICATE OF ELECTION OF TRUSTEES
## OF
### BIBLE WAY CHURCH OF OUR LORD JESUS CHRIST WORLD WIDE , ~~INC.~~

THIS IS TO CERTIFY that the following named persons, whose signatures

appear hereon, were elected and / or re-elected members of the Board of

Trustees of the     BIBLE WAY CHURCH OF OUR LORD JESUS CHRIST
                WORLD WIDE, INC.             (Name of church)

at a regularly called meeting in accordance with the discipline and rules

governing said church:

---

Elected _11/1_ 19 _57_ to serve        Re-elected _7/15_ 19 _71_ to serve
   years/or until their successors        _5_ years or until their successors
are elected and qualified.               are lected and qualified.

*Smallwood E. Williams* (Seal)      *Smallwood E. Williams* (Seal)

*Henry Brown* (Seal)            *Henry Brown* (Seal)

*William Gerald* (Seal)        *William Gerald* (Seal)

*James Clark* (Seal)           *Winfield H. Showell* (Seal)

*John S. Brame* (Seal)          *John S. Brame* (Seal)

                              *Smallwood E. Williams*
                           Member of Board of Trustees

SUBSCRIBED AND SWORN TO BEFORE ME THIS _30th_ DAY OF _August_ 19 _71_

_1-31-1972_
(Notarial Seal)

                          Notary Public

**FILED**

INSTRUCTIONS:
    Executive in duplicate
    Filing Fee - $3.00
    Trustees must sign in ink; but only one need appear
    before the Notary Public

                         ---AUG 30 1971---
                         BY: ____

Rev. Oct. 1959

                    *Alfred Goldstein*

                    Superintendent of Corporations



CERTIFICATE OF ELECTION OF TRUSTEES
OF
THE BIBLE WAY CHURCH OF OUR LORD JESUS CHRIST WORLD WIDE, INC.

THIS IS TO CERTIFY that the following named persons, whose signatures
appear hereon, were elected and/or re-elected members of the Board of
Trustees of the BIBLE WAY CHURCH OF OUR LORD JESUS CHRIST WORLD WIDE,
INC. at a regularly called meeting in accordance with the discipline
and rules governing said church;

Elected July 19   1978 to serve          Re-elected July 19    1978 to serve
_____ years or until their successors    _____ years or until thir successors
are elected and qualified.               are elected and qualified.

**Bishop McKinley Williams____ (Seal)   _Bishop McKinley Williams_ (Seal)

**Bishop W. A. Clark, Sr._____ (Seal)   _Bishop W. A. Clark_ (Seal)

**Elder William Gerald_____ (Seal)   _William Gerald_ (Seal)

*Bishop Huie Rogers_____ (Seal)   _Bishop Huie Rogers_ (Seal)

  *Elected                               _____
 **Re-elected                          **Bishop Smallwood E. Williams, Chairman
                                          Member of Board of Trustees

SUBSCRIBED AND SWORN TO BEFORE ME THIS 17 DAY OF August   1978

                                         _____
                                              Notary Public

                                         My Commission Expires 2/14/79

(Notarial Seal)


INSTRUCTIONS:
      Execute in duplicate
      Filing Fee - $3.00
      Trustees must sign in ink; but only one
      need appear before the Notary Public

                                         FILED
                                         AUG 18 1978

                                         BY:


Rev. Oct. 1959


Rev. Oct. 1959

973130



# Government of the District of Columbia
# Department of Consumer and Regulatory Affairs

BUSINESS REGULATION ADMINISTRATION
CORPORATIONS DIVISION
941 NORTH CAPITOL STREET NE
WASHINGTON, DC 20002

## CERTIFICATION OF ELECTION OF TRUSTEES

### OF

## BIBLE-WAY CHURCH
## OF OUR LORD JESUS CHRIST, WORLD-WIDE
Incorporated November 1, 1957 in Washington, DC

THIS IS TO CERTIFY that the following persons, whose names are listed below and whose names, addresses and signatures appear on page 2, were elected and/or are re-elected members of the Board of Trustees at a regularly called meeting in accordance with the discipline and rules governing said Corporation:

**Elected/re-elected July 1 & 3, 1998 to serve 4 years or until their successors are elected and qualified**

Apostle Huie L. Rogers, Presiding Bishop & Chairman
Apostle Curtis Brown, 1st Vice President
Apostle O'Dell Lyerly, 2nd Vice President & General Financial Secretary
Bishop T. Allen Stringer, General Secretary
Bishop Edgar Allen, General Treasurer
Bishop Paul S. Commodore, Director of Finance

**Elected February 25, 2000 to serve 4 years or until their successors are elected and qualified**

Bishop James Silver, Member
Bishop A. Philip Parrott, Member
Bishop Michael J. Rogers, Sr., Member
Bishop Gilbert Branch, Member







FILE
2-8-2008

Page 1 of 2

**Page 2 of 2**

Apostle Huie L. Rogers, Chairman
191 Cathedral Avenue
Hempstead, NY 11550

Apostle Curtis Brown, Jr., 1st Vice President
149 South 11th Avenue
Mt. Vernon, NY 10550

Apostle O'Dell Lyerly, 2nd Vice President
76 Kewanee Road
New Rochelle, NY 10804

Bishop T. Allen Stringer, General Secretary
118 Michael Avenue
E. Hartford, CT 06108

Bishop Edgar Allen Jr., General Treasurer
5526 Northland Rd.
Indianapolis, IN 46228

Bishop Paul S. Commodore, Director of Finance
1 Provincial Place
Neptune, NJ 07753

Bishop James Silver, Trustee Member
7123 Chestnut Street NW
Washington, DC 20012

Bishop A. Philip Parrott, Trustee Member
100 Wyndmoor Drive
E. Windsor, NJ 08520

Bishop Michael J. Rogers Sr., Trustee Member
POB 1063
Portsmouth, VA 23705

Bishop Gilbert E. Branch, Trustee Member
796 Lane Jordan Road
Siler City, NC 27344

Chairman

Subscribed and sworn to before me this 3RD day of MARCH 2000.

MY COMMISSION EXPIRES
Seal Expires SEPTEMBER 14, 2000

# BUSINESS REGULATION ADMINISTRATION
## CORPORATIONS DIVISION
### 614 "H" Street, N.W.
### Washington, D.C. 20001

973130

| EXECUTE IN DUPLICATE | | | STATEMENT OF CHANGE |
|---|---|---|---|
| FILING FEE | $23.00 | Make Check | OF |
| INDEXING FEE | 2.00 | Payable to | REGISTERED OFFICE, REGISTERED |
| TOTAL | $25.00 | D.C. Treasurer | AGENT OR BOTH (Pursuant to Title |
| | | | 29 of the D.C. Code) |

Change was authorized by resolution duly adopted by board of directors or by officers of corporation duly empowered to make such change.

1. Name of Corporation

*Bible Way Church of our Lord Jesus Christ world wide Inc*

2. Name of Registered Agent as it appears on record

*Bishop Joseph showell*

3. Name of Registered Agent as changed (must be D.C. resident)

*Paula Weaver*

*Church of our Lord Jesus Christ*

Date *July 23, 1998*

4. Address, including Street and Number of Registered Office as it appears on record.

*4551 Benning Road SE Washington DC 20019*

5. Address including Street and number, of registered officer as changed (cannot be post office box, must be address in D.C.)

*1205 Eaton Road SE washington, DC 20020*

*305 K Street NE washington, DC 20002*

CORPORATE NAME: *Bible Way world wide Inc*

*[signature] Huie L Rogers*

President or Vice President (Signature)

*Huie L Rogers*

Print Name

CORPORATE SEAL

ATTEST

*[signature]*

Secretary or ~~Assistant Secretary~~ (Signature)

*Terry A. Stringer*

Print Name

| NON-PROFIT | |
|---|---|
| Filing fee | $20.00 |
| Indexing fee | 20.00 |
| | $40.00 |

FILED
JUL 3 1 1998

By *RH*

| DC HOME | ABOUT DC | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT | ✿ Kids |

WELCOME TO WASHINGTON
**District of Columbia**

MAYOR
Adrian M. Fenty

## Organization Information

**DCRA HOME**

**SERVICES**
Basic Business License
Business Resource Center
Building/Land Regs
Compliance/Enforcement
Organization Registration
Inspections
Land Plats
Licensing Center
Building Plan Review
  Status
Permits

**INFORMATION**

**ONLINE SERVICE REQUESTS**

## Online Organization Registration
### Search Registered Organizations

**Organization Details - Step**  1  2  **3**

To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| Organization | | Registered Agent |
|---|---|---|
| **Organization Name:** | BIBLE WAY CHURCH OF OUR LORD JESUS CHRIST WORLD WIDE, INC. | Paula Weaver 305 K Street, N.E. Washington, DC 20002 |
| **State:** | DC | |
| **Status:** | OLD ACT | |
| **Initial Date of Registration:** | 11/5/1957 | |
| **File No.:** | 973130 | |
| **Organization Type:** | DOMESTIC NON PROFIT CORPORATION | |

[ << Back to Main Page ]   [ < Return To Search Results ]   [ Print Results ]   [ New Search ]

For more information, contact the BBL Info Center at (202) 442-4432 or Ask the Director .

| Government of the District of Columbia Citywide Call Center : (202) 727-1000 TTY/TDD Directory | Telephone Directory by Topic  |  Agencies  | DC Council  |  Search  |  Elected Officials Feedback  |  Translation  |  Accessibility  | Privacy & Security  |  Terms & Conditions | John A. Wilson Building 1350 Pennsylvania Avenue, NW Washington, DC 20004 |

<u>**EXHIBIT A**</u>

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

The Bible Way Church Of Our Lord Jesus Christ Worldwide, Incorporated                    Page 1 of 1



## About Bible Way

The Bible Way Church of Our Lord Jesus Christ, World Wide, Incorporated had its inception in September 1957. Bishop Smallwood E. Williams, in Washington, D.C. along with Co-founders Bishop John S. Beane, Bishop Winfield Showell, Bishop Joseph Moore, and Bishop McKinley Williams founded the organization.

The Bible Way Church World Wide has more than two hundred and fifty churches in the Continental United States of America. We have also extended our gospel wings into the United Kingdom, Africa, India, Canada, Jamaica, Trinidad, and South America.

The goal of Bible Way is to go into all the world with the gospel proclaiming Jesus Christ as Lord. We are committed to ministering to the whole man with a holistic message of facilitating mankind physically, mentally and spiritually.

Bible Way is committed to the eradication of spiritual and cognitive ignorance. Therefore, we are endeavoring to lift the whole man as we exalt the spiritual man. Education is one of the priorities of Bible Way. Helping those in the Third World Countries is an essential part of our world wide ministry.

You are invited to our Workers Conference that is held every March and our International Convocation held each July. Both of these meetings are held in various parts of the United States. Then in November, The College of Bishops, Women's Council, Ministers' Conference, jointly convene in a selected city.

Our organization has Districts, Diocese, and a General Assembly where our churches fellowship and recommend policy. There are more than fifty Bishops on our Joint Board of Bishops, of which, 15 are Executive Board Members.

If you wish to write to us, the address is:
215 Grant Street
Danville, Virginia 24541

May God bless,
**Lawrence G. Campbell, Sr.**
Chief Apostle and Presiding Bishop

| BACK | HOME | BACK TO TOP |

The Bible Way Church Of Our Lord Jesus Christ Worldwide, Incorporated                    Page 1 of 3



## International Church Directory

| | |
|---|---|
| Alabama | New York |
| District of Columbia | North Carolina |
| Florida | Ohio |
| Georgia | South Carolina |
| Maryland | Virginia |
| Missouri | Canada |
| New Jersey | West Indies |

## Organization

**Our Founding Fathers in 1957 A.D.**

**Bishop Winfield A. Showell**
Baltimore, MD

**Bishop McKinley Williams**
Philadelphia, PA

**Bishop Smallwood E. Williams**

**Bishop Joseph Moore**
Brooklyn, NY

**Presiding Bishop**
Washington, DC

**Bishop John Beane**
Petersburg, VA

## 21st Century
## Current 2005 A.D. Executive Board of Bishops

The Bible Way Church Of Our Lord Jesus Christ Worldwide, Incorporated                    Page 2 of 3



Chief Apostle & Presiding Prelate
**Lawrence G. Campbell**
Danville, Virginia

Apostle & 1st Vice Presiding Bishop
**Joseph N. Brown**
Prince Frederick, Maryland

Apostle & 2nd Vice Presiding Bishop
**F. Cornelius Showell**
Baltimore, Maryland

**Bishop Edward William**
New York

**Bishop Andrew C. Jackson**
South Carolina

**Bishop Franklin Fountain**
Connecticut

**Bishop Rufus Hayes**
Virginia

**Bishop Floyd Nelson**
Maryland

**Bishop Fred Grant**
Pennsylvania

**Bishop Franklin Pettiford**
New Jersey

**Bishop William Latta**
Ohio

**Bishop Theodore Meyers**
South Carolina

**Bishop Christal Hairston**
Virginia

**Bishop Caleb McIntosh**
United Kingdom

**Bishop Joseph Showell**
Washington, DC

**Executive Secretary** – Bishop Franklin Fountain
**Treasurer** - Bishop Fred Grant
**Director of Finance** - Bishop Larry Elliott
**General Secretary** - Bishop Joseph Showell

The Bible Way Church Of Our Lord Jesus Christ Worldwide, Incorporated    Page 3 of 3



**Board of Bishops**

| < < BACK | HOME | BACK TO TOP |

Welcome: BWWW.org



## Apostolic Greeting

**Chief Apostle Lawrence G. Campbell, Sr.**
&
**Mother Gloria Campbell**

The First Lady and I extend to you a divine invitation to our **49th Holy Convocation**. This national conference will convene in the city of Woodbridge, Virginia, July 16-21, 2006. The theme is **"2006: The Year of Overflow."**

**You are truly welcome.**

## Our Presiding Bishop and Chief Apostle

I invite you to join us in Woodbridge, Virginia for our 49th Holy Convocation, July 16-21, 2006.

Apostle Campbell and the Bible Way Church of Danville are charter members of The Bible Way Church of Our Lord Jesus Christ World Wide, Incorporated, established by Apostle Smallwood E. Williams in 1957. They have been an integral part of our organization since its inception. During the past 49 years, Apostle Campbell has faithfully served the Bibleway Church World Wide, Inc. in various capacities: as pastor, District Elder, General Secretary, Diocese Bishop of the Virginia State Diocese, Auxiliary Bishop, Junior Bishop, Executive Bishop, and Co-Vice Presiding Bishop. He has come up through the ranks of our organizational leaders. Since the death of our founder, Apostle Smallwood E. Williams, Apostle Campbell has twice been elected and subsequently served as Presiding Bishop and Chief Apostle of The Bible Way organization (1991 to 1994) and (1997 to the present). We appreciate our Presiding Bishop and Chief Apostle, Lawrence G. Campbell, Sr.

I look forward to seeing you in Woodbridge, VA!

**Your Kingdom Servant,**
**Apostle Cornelius Showell**
*Second Vice Presiding Bishop*

The Bible Way Church Of Our Lord Jesus Christ Worldwide, Incorporated          Page 1 of 1



# What We Believe

**Apostolic Statement of Faith**

1. We believe that salvation comes only through the Lord Jesus Christ, who is the only begotten Son of the Father, conceived of the Holy Ghost, and born of the Virgin Mary, that Jesus was crucified, buried, and raised from the dead, and that Jesus ascended to heaven and is today at the right hand of the Father as our intercessor.

2. We believe that all have sinned and fallen short of God's glory and that repentance is required by God and is necessary for the forgiveness of sins.

3. We believe that water baptism by immersion must be in the Name of the Lord Jesus Christ for the remission of sins.

4. We believe that holiness is God's standard of living for His people.

5. We believe that speaking with other tongues as the Spirit of God gives in utterance is the initial evidence of the baptism of the Holy Ghost.

6. We believe that divine healing is provided for all in the atonement.

7. We believe that the Lord's supper should be commemorated.

8. We believe that the resurrection and rapture of the true church of God is imminent.

9. We believe that Jesus is God incarnated in the flesh.

10. We believe in the Final judgment of the living and dead and the final establishment of a new heaven and earth wherein dwelleth righteousness.

| < BACK | HOME | BACK TO TOP |

The Bible Way Church Of Our Lord Jesus Christ Worldwide, Incorporated                Page 1 of 1





# Dioceses

## International

| | | |
|---|---|---|
| United Kingdom | Jamaica | Canada |
| India | Trinidad | Nigeria |
| South America | Ukraine | Germany |
| Uganda | Japan | Korea |

## United States

| | | |
|---|---|---|
| Virginia | Maryland / Washington | Mid Atlantic |
| New York | New Jersey | Pennsylvania |
| South Carolina | West Virginia | Tennessee |
| Nevada | Georgia | North Carolina |
| Ohio | New England | California |
| Delaware | Connecticut | Alabama |
| Florida | Texas | Mississippi |
| Missouri Midwestern | | |

We want to establish churches in your city, state, and country, to spread the Gospel of Jesus Christ.

### International Leaders

**General Board of Bishop** –Bishop Franklin Pettiford, (Chairman)
**Board of District Elders** - Bishop Christal Hairston, (Chairman)
**Foreign Missions Board** - Bishop Floyd Nelson, (Chairman)

### Department Leaders

| | |
|---|---|
| **International Pastors, Elders & Ministers Council** | Bishop Darnell Leach |
| **International Deacons Association** | Deacon Clarence Hatton |
| **International Missionary Department** | Mother Laura Dickerson |
| **International Sunday School Department** | Elder James Williams |
| **International Young People's Union** | Minister Cherie McClam |
| **International Clergy & Deacon's Wives & Widows Association** | Mother Leila Latta |
| **International Women's Council** | Mother Pearlie Brown |
| **International Brotherhood** | District Elder Deiric Pollins |
| **International Ushers & Nurses Association** | Sister Smithie Woody |
| **International Music Ministry** | Brother Patrick Brown |

| < < BACK | HOME | BACK TO TOP |

Church Directory

# Bible Way International Church Directory

## Alabama

**Greater Grace Church**
Bishop Terry Jones
Ashville, AL

## District of Columbia

**Fellowship Bible Way Church**
Bishop-Elect Johnny C. McClam
3701 Wheeler Road SE
Washington, DC 20030
(202) 562-8418
**Mailing address:** 1515 K Street SE
Washington, DC 20020

**Gospel Ark Temple**
Bishop Joseph M. Showell
4559 Benning Road SE
Washington, DC 20019
(202) 584-1986
(202) 581-2766 (fax)

**Little Rock Church**
Pastor D. Wayne Logan
5030 Sheriff Road NE
Washington, DC 20019
(202) 397-3000

## Florida

**Acts of the Apostle Bible Way Church**
Overseer Mattie L. Strong
1025 Pippin Street
P.O. Box 41395
Jacksonville, FL 33206
(904) 353-4163

## Georgia

**Greater Bible Way Miracle Temple**
Elder Lee Anthony Norwood
3650 Baker's Ferry Road SW
Atlanta, GA 30331
(404) 696-7729

## Maryland

**Church of the New Covenant**
Bishop Alfred R. Reaves
1909 North Wolfe Street
Baltimore, MD 21213
(410) 675-9501
(410) 485-1978 (fax)

**Community Temple Bibleway Church**

## Ohio

**Bethel Church of Christ Bible Way**
Elder Yvonne Register, Founder & Pastor
1650 E. 65th Street
Cleveland, OH 44103
(216) 391-4326
pastorregister@msn.com

**Bibleway Church of Our Lord Jesus Christ**
Bishop William Latta
453 S. Wheatland Avenue
Columbus, OH 43204
(614) 272-7553
(614) 272-0140 (fax)

**Bibleway Community Church**
Elder Roger Gavin
10514 Kinsman Road
Cleveland, OH 44105
(216) 641-6312

**Christ Temple Bibleway Church**
Elder Jerry Jackson
10018 Sophia
Cleveland, OH 44104
(216) 721-6555

**Friendship Apostolic Bibleway Church**
Bishop William Pittman
332 Trigonia Avenue
Akron, OH 44302
(330) 535-1430

**New Hope Community Worship Center**
Elder James Edwards
2371 Innes Road
Columbus, OH 43224
(614) 473-9492
(614) 473-9275 (fax)

## South Carolina

**Bibleway Church Atlas Road**
Elder Darrell Jackson
2440 Atlas Road
Columbia, SC 29209
(803) 776-1238

**Greater Bible Way Tabernacle Miracle Temple**
Bishop Willie E. Rookard
109 Clark Road
P.O. Box 954
Inman, SC 29349-0954
(864) 472-8695

## Virginia

Church Directory

Bishop Robert A. Pitts
6207 State Street
Hyattsville, MD 20785
(301) 386-2050

**First Apostolic Faith Church of Jesus Christ**
Apostle Cornelius Showell, Second Vice Presiding Bishop
27 S. Caroline Street
Baltimore, MD 21231
(410) 327-1181
(410)732-2365 (fax)

**Fountain of Life Christian Center**
Pastor Patricia M. Fitzhugh
1347 Myrtle Avenue
Baltimore, MD 21217

**Friendship Church Outreach Ministry**
Pastor Bonnie Hunter
5252 Addison Road
Chapel Oaks, MD 20743
(301) 386-5071
(301) 386-5073 (fax)

**The Greater Bible Way Church**
Apostle Joseph N. Brown, First Vice Presiding Bishop
2300 Sixes Road
P.O. Box 806
Prince Frederick, MD 20678
(410) 535-0532
(410) 535-3446 (fax)

**International Church of Christ**
District Elder Ronald Kenner, Jr.
7701 Preston Drive
Landover, MD 20785
(301) 772-5618

**The Kingdom Church**
Elder A. Scott Rowson, Pastor
1522 Country Ridge Lane
Essex, MD 21221
(410) 780-3460

**Lively Stone Worship Center**
Bishop Floyd Nelson
P.O. Box 1298
7341 Landover Road
Landover, MD 20785
(301) 386-3800
(301) 386-6412 (fax)

**Maximum Life Christian Church**
Bishop Carroll Johnson
1928 Woodlawn Drive
Baltimore, MD 21207
(410) 281-1240

**New Antioch Holiness Apostolic Church of Jesus Christ**
District-Elder Michael O. Wilson, Sr.
2122 E. Fairmount Avenue
Baltimore, MD 21231
(410) 342-0328

**Pillars of Faith Holy Church**
Bishop Melvin E. Wills, Sr.
7714 Marlboro Pike

**Amazing Bibleway**
Pastor Ray Stephens
P.O. Box 650
Buffalo Junction, VA 24529

**Antioch Church of Christ**
Pastor George Thompson
1120 Queen Street
Alexandria, VA 22301

**Apostolic Faith Bible Way**
Pastor Ray Stephens
305 Watkins Street
Farmville, VA 23901
(434) 391-1225

**Bethel Restoration Center**
Bishop John Gray
6205 Richmond Road
Williamsburg, VA 23188
(757) 220-5480

**Bible Way Cathedral**
Apostle Lawrence G. Campbell, Sr., Presiding Bishop and Chief Apostle
151 Grant Street
Danville, VA 24541
(434) 793-9493
(434) 792-6115 (fax)

**Bible Way Christian Center**
Pastor Michael Johnson
704 Hinton Street
Petersburg, VA 23803

**Bible Way Church of the Cornerstone of Deliverance**
Pastor James E. Shelton
P.O. Box 616
Kenbridge, VA 23944

**Bible Way Community Church**
Pastor Frank Reeves
920 W. Beverly Street
Staunton, VA 24401

**Bible Way Richmond**
Bishop Christal Hairston
1630 Rose Avenue
Richmond, VA 23222

**Cedar Lane Bible Way**
Elder Alfred Archer
630 W. Main Street
P.O. Box 2125
Purcellville, VA 20132

**Charlottesville Church of Christ**
Bishop Rufus Hayes
990 5th Street
Charlottesville, VA 22902
(434) 977-5429

**Community Church of Christ**
Elder Al M. Stith
3617 Graham Park Road
Triangle, VA 22172

Church Directory

Forestville, MD 20747
(301) 735-2200

**Prayer and Word Church**
Pastor Patricia Watson
573 Ritchie Road
Capitol Heights, MD 20743
(301) 808-1450

**Prayer Praise & Power Church Without Walls**
Pastor G. Marie Livingston
Hyattsville, MD

**Shiloh Abundant Life Ministries**
Bishop Darnell Leach
7905 Cryden Way
Forestville, MD 20747
(301) 735-5100
(301) 735-7757 (fax)

**United Pentecostal Miracle Church**
Pastor Monica Showell-Watters
2620 Quantico Avenue
Baltimore, MD 21215
(410) 542-8529

# Missouri

**Life Victory Center**
Bishop Reynolds Thomas
2922 North Grand Blvd.
St. Louis, MO 63107
(314) 531-2422

**New Jerusalem Temple Bible Way Church**
Bishop Stewart Stiles, Sr.
8204 Page Blvd.
St. Louis, MO 63130
(314) 428-5674

# New Jersey

**Cornerstone Church of Christ**
Elder Moses Priester
293 Pacific Avenue
Jersey City, NJ 07304
(201) 432-5568
(201) 432-5676(fax)

**Good Shepherd Church of Christ**
Bishop James Herron, Sr.
633 Bergen Avenue
Jersey City, NJ 07304
(201) 434-7857

**Greater Bible Way Church**
Bishop Franklin Pettiford
20 Southard Street
Paterson, NJ

**Second Full Gospel Church**
Pastor William Cousin, District Elder
228 Danforth Avenue, 2nd Floor
Jersey City, NJ 07305
(201) 333-9916

**Cornerstone Church**
Pastor Arthur Cotton
7900 Fordson Road
Alexandria, VA 22306

**Dominion Worship Center**
Pastor Nathaniel Jones
706 East Virginia Avenue
Crewe, VA 23930

**Ettrick Word of Life**
Pastor Laura Dickerson
3704 Dupuy Road
Ettrick, VA 23803

**Evergreen Bible Way**
Elder Steven Mason
1576 Evergreen Road
Louisa, VA 23093

**Faith Alive Outreach Ministries**
Bishop Steve Randall
P.O. Box 463
Lightfoot, VA 23090

**First Bible Way Church of Christ**
Elder Robert Christmas
P.O. Box 817
Louisa, VA 23093

**Fluvanna Community Bible Way Church**
Elder Gregory D. Jones
P.O. Box 935
Louisa, VA 23093

**Gordonsville Bible Way**
Pastor Hugh Ellis
P.O. Box 746
Gordonsville, VA 22942

**Grace Redemption Church of Christ**
Bishop Roger Logan
203 Tyler Street
Fredericksburg, VA 22401

**Greater Bethesda Bible Way**
Pastor Willie Balthrope
459 Harding Street
Petersburg, VA 23803

**Harvest Life Changers Church, International**
Pastor Lyle Dukes & Co-Pastor Deborah Dukes
14401 Telegraph Road
Woodbridge, VA 22192
(703) 490-4040
(703) 497-7321 (fax)
www.harvestlifechangers.com

**Love Faith Ministries**
Pastor John Boone
P.O. Box 2701
Alexandria, VA 22314

**Love of Christ Church**
Bishop Carver E. Poindexter
101 Leadbeater Street

# New York

**Beulah Community Church**
District Elder H. Edward Spencer
2364 Frederick Douglas Blvd.
New York, NY 10027

**Bible Way House of Prayer**
District Elder Lee H. Bynes
175 Shepherd Avenue
Brooklyn, NY 11208
(718) 566-9175

**Pentecostal Church of God**
Bishop Edward E. Williams
2310 Cortelyou Road
Brooklyn, NY 11226
(718) 462-5610
(718) 462-1470 (fax)

# North Carolina

**Bible Way Temple**
Bishop Darnell Dixon
1110 Holmes Street
Raleigh, NC 27601
(919) 833-4466
(919) 833-3363 (fax)

**Rehoboth Family Worship Center**
Elder James Thorpe
428 Dawson Street
Raleigh, NC 27610
(919) 834-8484

Alexandria, VA 22305
(703) 518-4404

**New Beginnings Bible Way**
Pastor Robert L. Tucker
905 High Pearl Street
Petersburg, VA 23803

**New Jerusalem Outreach Bible Way Church**
Pastor Eugene Jefferson
5532 Heatherhill Drive
Richmond, VA 23234

**New Light Bible Way Church**
Pastor Alphonso Timberlake
215 Nanny Burton Road
Louisa, VA 23093

**Power of Praise Bible Way**
Pastor James L. Clarke, Sr.
335 E. Broadway
Hopewell, VA 23860

**Sanctuary of Praise**
Pastor Johnny Alexander
P.O. Box 1073
Alexandria, VA 22313

**Star of Hope Bible Way**
Pastor Arlie L. Lindsey
27604 Perkins Road
Petersburg, VA 23805

# Canada

**Christ's House of Refuge**
Pastor Mavis Rubie
45 Norn Cres
Markham, Ontario L3S2A9

# West Indies

**Christ's House of Refuge**
Pastor Mavis Rubie
Brandon Hill St. Andrew
Jamaica, WI

The Bible Way Church Of Our Lord Jesus Christ Worldwide, Incorporated                    Page 1 of 3



**21st Century Major Events**

| < < BACK | HO

HOME
ABOUT BIBLEWAY
ABOUT APOSTLE CAMPBELL
WHAT WE BELIEVE
DIOCESES
ORGANIZATIONS
CONVENTION UPDATE
EVENTS
PHOTO GALLERY
GUESTBOOK
CONTACT

THE BIBLE WAY CHURCH
OF OUR LORD JESUS CHRIST
WORLDWIDE, INCORPORATED

Lawrence G. Campbell, Sr.
Chief Apostle and
Presiding Bishop

BIBLE WAY
MAGAZINE

BibleWay

APOSTLE ON A
MISSION

**Order Your Copy
Today!**

Only $5.00 (includes
shipping & handling)

Call (877) 867-3853 to
order!

The Bible Way Church Of Our Lord Jesus Christ Worldwide, Incorporated                    Page 1 of 1



# Contact

**Headquarters:**
**Office of the Presiding Bishop**
The Bible Way Church of Our Lord Jesus Christ World
Wide, Incorporated
P.O. Box 842
Danville, VA 24541

(434) 793-9493

**Office of the General Secretary**
The Bible Way Church of Our Lord Jesus Christ World
Wide, Incorporated
4551 Benning Road S.E.
Washington, D.C. 20019

**Website and Marketing Updates**
Marketing Director
14401 Telegraph Road
Woodbridge, VA 22192

mail@harvestlifechangers.com

FAX: 703-497-7321
Phone: 703-490-4040

### Side navigation
- HOME
- ABOUT BIBLEWAY
- ABOUT APOSTLE CAMPBELL
- WHAT WE BELIEVE
- DIOCESES
- ORGANIZATIONS
- CONVENTION UPDATE
- EVENTS
- PHOTO GALLERY
- GUESTBOOK
- CONTACT

THE BIBLE WAY CHURCH
OF OUR LORD JESUS CHRIST
WORLDWIDE, INCORPORATED

*Lawrence G. Campbell, Sr.,*
*Chief Apostle and*
*Presiding Bishop*

# <u>EXHIBIT C</u>

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**



WHOIS
Search Results for:                                              Search Again
                                                                 Enter a Domain Name to Check

BIBLEWAYWORLDWIDE.ORG                                            .com          GO

NOTICE: Access to .ORG WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Public Interest Registry registry database. The data in this record is provided by Public Interest Registry for informational purposes only, and Public Interest Registry does not guarantee its accuracy. This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator or any ICANN-Accredited Registrar, except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Public Interest Registry reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

Available TLDs

BIBLEWAYWORLDWIDE.NET   $9.99/yr
BIBLEWAYWORLDWIDE.INFO  $2.99/yr  SAVE!
BIBLEWAYWORLDWIDE.BIZ   $9.99/yr
BIBLEWAYWORLDWIDE.US    $7.99/yr
BIBLEWAYWORLDWIDE.NAME  $9.99/yr
You might also

REGISTER NOW!

Domain ID:D108929779-LROR
Domain Name:BIBLEWAYWORLDWIDE.ORG
Created On:26-Nov-2005 16:32:30 UTC
Last Updated On:13-Dec-2007 07:08:54 UTC
Expiration Date:26-Nov-2008 16:32:30 UTC
Sponsoring Registrar:Tucows Inc. (R11-LROR)
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:tufiMvyWebcfHwAx
Registrant Name:Cornell Showell
Registrant Organization:First Apostolic Faith Church
Registrant Street1:27 S. Caroline Street
Registrant Street2:
Registrant Street3:
Registrant City:Baltimore
Registrant State/Province:Maryland
Registrant Postal Code:21231
Registrant Country:US
Registrant Phone:+1.4103273118
Registrant Phone Ext.:
Registrant FAX:+1.4103276527
Registrant FAX Ext.:
Registrant Email:headquarters@biblewayworldwide.org
Admin ID:tuco1PvZ2SkWdqNX
Admin Name:Cornell Showell
Admin Organization:First Apostolic Faith Church
Admin Street1:27 S. Caroline Street
Admin Street2:
Admin Street3:
Admin City:Baltimore
Admin State/Province:Maryland
Admin Postal Code:21231
Admin Country:US
Admin Phone:+1.4103273118
Admin Phone Ext.:
Admin FAX:+1.4103276527
Admin FAX Ext.:
Admin Email:headquarters@biblewayworldwide.org
Tech ID:tuQM7tQlXirfzuoc

Tech Name:Cornell Showell
Tech Organization:First Apostolic Faith Church
Tech Street1:27 S. Caroline Street
Tech Street2:
Tech Street3:
Tech City:Baltimore
Tech State/Province:Maryland
Tech Postal Code:21231
Tech Country:US
Tech Phone:+1.4103273118
Tech Phone Ext.:
Tech FAX:+1.4103276527
Tech FAX Ext.:
Tech Email:headquarters@biblewayworldwide.org
Name Server:NS5.SECURESERVER.NET
Name Server:NS6.SECURESERVER.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

See Underlying Registry Data
Report Invalid Whois

**24/7 Sales and Support: (480) 505-8877   Billing Questions? Call (480)505-8855**   Free Email Updates! Enter address   GO

Home | Contact Us | Product Advisor | Catalog | How to Pay | Legal | Site Index | Whois | Affiliates | Resellers | Link to Us
GoDaddyLive.com | BobParsons.com | GoDaddyGirls.info | WildWestDomains.com
DomainNameAftermarket.com | GoDaddyConnections.com

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2008 GoDaddy.com, Inc. All rights reserved. **View offer Disclaimers**



# EXHIBIT D

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

WhoIs Search Results

Start a domain search: [          ] com GO!    24/7 Sales & Support: (480)505-8877    Today's Offers SALE

Go Daddy.com
Make a .com
name with us!

WELCOME, REGISTERFLY
CUSTOMERS!
Your domains are safe
with us. Manage Now

$5.99 .US SALE! US
Show your colors with
a .US domain name.

BobParsons.com
Why it's getting harder to get the
domain names you want. Go
Daddy rescues Registerfly
customers.

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS
## Search Results for:

### BIBLEWAYWORLDWIDE.ORG

Search Again
Enter a Domain Name to Check
[          ] .com [GO]

NOTICE: Access to .ORG WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest Registry
registry database. The data in this record is provided by Public Interest Registry
for informational purposes only, and Public Interest Registry does not guarantee its
accuracy. This service is intended only for query-based access. You agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to: (a) allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile of mass
unsolicited, commercial advertising or solicitations to entities other than
the data recipient's own existing customers; or (b) enable high volume,
automated, electronic processes that send queries or data to the systems of
Registry Operator or any ICANN-Accredited Registrar, except as reasonably
necessary to register domain names or modify existing registrations. All
rights reserved. Public Interest Registry reserves the right to modify these terms at any
time. By submitting this query, you agree to abide by this policy.

Domain ID:D108929779-LROR
Domain Name:BIBLEWAYWORLDWIDE.ORG
Created On:26-Nov-2005 16:32:30 UTC
Last Updated On:11-Jun-2007 20:01:38 UTC
Expiration Date:26-Nov-2007 16:32:30 UTC
Sponsoring Registrar:Tucows Inc. (R11-LROR)
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:tu2OAptT7JLt1Nxm
Registrant Name:Lyle Dukes
Registrant Organization:Harvest Life Changers World Ministries
Registrant Street1:P.O. Box 4514
Registrant Street2:
Registrant Street3:
Registrant City:Woodbridge
Registrant State/Province:Virginia
Registrant Postal Code:22194
Registrant Country:US
Registrant Phone:+01.7034904040
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:fred.haggerty@visionarie.com
Admin ID:tu2OAptT7JLt1Nxm
Admin Name:Lyle Dukes
Admin Organization:Harvest Life Changers World Ministries
Admin Street1:P.O. Box 4514
Admin Street2:
Admin Street3:
Admin City:Woodbridge
Admin State/Province:Virginia
Admin Postal Code:22194
Admin Country:US
Admin Phone:+01.7034904040
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:fred.haggerty@visionarie.com
Tech ID:tuyKamPNJJnchy7j

Available TLDs

BIBLEWAYWORLDWIDE.NET          $8.99/yr
BIBLEWAYWORLDWIDE.INFO          $0.99/yr SAVE!
BIBLEWAYWORLDWIDE.BIZ  $6.99/yr SAVE!
BIBLEWAYWORLDWIDE.US  $5.99/yr SAVE!
BIBLEWAYWORLDWIDE.NAME          $9.99/yr

You might also consider:

BIBLEWAYWORLDWIDEONLINE.COM  $8.95/yr
ONLINEBIBLEWAYWORLDWIDE.COM  $8.95/yr
BIBLEWAYWORLDWIDEHOME.NET  $8.99/yr
HOMEBIBLEWAYWORLDWIDE.NET  $8.99/yr
BIBLEWAYWORLDWIDESITE.ORG  $8.99/yr
SITEBIBLEWAYWORLDWIDE.ORG  $8.99/yr
BIBLEWAYWORLDWIDEWEB.INFO  $0.99/yr SAVE!
WEBBIBLEWAYWORLDWIDE.INFO  $0.99/yr SAVE!
BIBLEWAYWORLDWIDELIVE.BIZ  $6.99/yr SAVE!
LIVEBIBLEWAYWORLDWIDE.BIZ  $6.99/yr SAVE!
BIBLEWAYWORLDWIDEBLOG.US  $5.99/yr SAVE!

REGISTER NOW!

The Bible & Its Influence
Textbook allows legal, academic Bible
course in public high schools
www.bibleliteracy.org

Bible Ringtone
Send this ringtone to your phone right now!
RingRingMobile.com

Pocket Testament League
Free membership and Free gospels Share
Your Faith using Scripture.

WhoIs Search Results

Tech Name:WSMDomains Hosting.com Domain Services
Tech Organization:WSM Domains
Tech Street1:PO Box 22789
Tech Street2:
Tech Street3:
Tech City:Louisville
Tech State/Province:KY
Tech Postal Code:40252
Tech Country:US
Tech Phone:+1.8004551795
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:domainsupport@wsmdomains.com
Name Server:NS5.SECURESERVER.NET
Name Server:NS6.SECURESERVER.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

See Underlying Registry Data
Report Invalid Whois

www.pocketpower.org

**Bible Commentary**
A simple, easy to read study guide.
Download now for only $24.95!
www.MyFathersBooks.com

**Software for Bible Study**
Your Bible Scriptures read aloud or to
Portable Audio. Free Trial!
www.nextup.com

**Bible/World History Chart**
World's Entire History in one view. Bible
Prophets organized in time.
www.visquar.com

**New King James Bibles**
Bibles is single, case, and bulk Wholesale
Discounts, Many Ship Free
www.christianwholesale.net

**New Testament Bible Study**
Matthew To Revelation Bible Course Biblical
- Affordable - Home Online
www.bibleits.com

**Audio Bible**
The Original GoBible - Take God's Word
with You Everywhere!
www.GoBible.com

**Apologetics 101**
12 Week Curriculum and Powerpoint for
Bible Studies and Small Groups
www.RenewYourMind.org

24/7 Sales and Support: (480) 505-8877   Billing Questions? Call (480)505-8855   Free Email Updates! Enter address   GO

Home | Contact Us | Catalog | How to Pay | Legal | Site Index | Whois | Affiliates | Resellers | Link to Us
LifeOnline.com | BobParsons.com | GoDaddyGirls.info | WildWestDomains.com | DomainNameAftermarket.com

         

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved. **View offer Disclaimers**



Search the WHOIS database.                                                      Page 1 of 2

## WHOIS Underlying Registry Data:

NOTICE: Access to .ORG WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest Registry
registry database. The data in this record is provided by Public Interest Registry
for informational purposes only, and Public Interest Registry does not guarantee its
accuracy. This service is intended only for query-based access. You agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to: (a) allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile of mass
unsolicited, commercial advertising or solicitations to entities other than
the data recipient's own existing customers; or (b) enable high volume,
automated, electronic processes that send queries or data to the systems of
Registry Operator or any ICANN-Accredited Registrar, except as reasonably
necessary to register domain names or modify existing registrations. All
rights reserved. Public Interest Registry reserves the right to modify these terms at any
time. By submitting this query, you agree to abide by this policy.

Domain ID:D108929779-LROR
Domain Name:BIBLEWAYWORLDWIDE.ORG
Created On:26-Nov-2005 16:32:30 UTC
Last Updated On:11-Jun-2007 20:01:38 UTC
Expiration Date:26-Nov-2007 16:32:30 UTC
Sponsoring Registrar:Tucows Inc. (R11-LROR)
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:tu2OAptT7JLt1Nxm
Registrant Name:Lyle Dukes
Registrant Organization:Harvest Life Changers World Ministries
Registrant Street1:P.O. Box 4514
Registrant Street2:
Registrant Street3:
Registrant City:Woodbridge
Registrant State/Province:Virginia
Registrant Postal Code:22194
Registrant Country:US
Registrant Phone:+01.7034904040
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:fred.haggerty@visionarie.com
Admin ID:tu2OAptT7JLt1Nxm
Admin Name:Lyle Dukes
Admin Organization:Harvest Life Changers World Ministries
Admin Street1:P.O. Box 4514
Admin Street2:
Admin Street3:
Admin City:Woodbridge
Admin State/Province:Virginia
Admin Postal Code:22194
Admin Country:US
Admin Phone:+01.7034904040
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:fred.haggerty@visionarie.com
Tech ID:tuyKamPNJJnchy7j
Tech Name:WSMDomains Hosting.com Domain Services
Tech Organization:WSM Domains
Tech Street1:PO Box 22789
Tech Street2:
Tech Street3:
Tech City:Louisville
Tech State/Province:KY
Tech Postal Code:40252
Tech Country:US
Tech Phone:+1.8004551795
Tech Phone Ext.:
Tech FAX:

Search the WHOIS database.                                                                 Page 2 of 2

Tech FAX Ext.:
Tech Email:domainsupport@wsmdomains.com
Name Server:NS5.SECURESERVER.NET
Name Server:NS6.SECURESERVER.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

<u>**EXHIBIT E**</u>

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

STATE OF SOUTH CAROLINA

COUNTY OF RICHLAND

IN THE COURT OF COMMON PLEAS
IN THE FIFTH JUDICIAL CIRCUIT

| | |
|---|---|
| Bible Way Church of Our Lord Jesus Christ World Wide, Inc., Apostle Franklin Cornelius Showell, Apsotle Lawrence Campbell<br><br>                              Plaintiffs,<br><br>v.<br><br>Apostle Huie L. Rogers, Bishop T. Allen Stringer; M&S Construction Co., LLC, Alcon Action Agency II, LLC; John V. Green<br><br>                              Defendants. | Case No.: 2006-CP-40-05765<br><br>**AMENDED COMPLAINT**<br>(non-jury) |

2006 OCT 10 AM 11:48
BARBARA A. SCOTT
C.C. & G.S.

Plaintiffs, Bible Way Church of Our Lord Jesus Christ World Wide, Inc., Apostle Franklin Cornelius Showell, and Apsotle Lawrence Campbell, complaining of the Defendants herein, respectfully allege and would respectfully show unto this honorable Court:

1.     Bible Way Church of Our Lord Jesus Christ World Wide, Inc. ("Church"), is a corporation organized and operating under and pursuant to the laws of District of Columbia does business and owns property located in the County of Richland, State of South Carolina.

2.     Apostle Franklin Cornelius Showell is the Chief Apostle of Bible Way Church of Our Lord Jesus Christ World Wide, Inc.

3.     Apsotle Lawrence Campbell is a Senior Apostle with Bible Way Church of Our Lord Jesus Christ World Wide, Inc.

4.     Apostle Huie L. Rogers is the Presiding Bishop of Bible Way Church of Our Lord Jesus Christ World Wide, Inc.

5. Bishop T. Allen Stringer is a General Secretary with Bishop of Bible Way Church of Our Lord Jesus Christ World Wide, Inc.

6. John V. Green resides in State of South Carolina.

7. M&S Construction Co., LLC., ("M&S") is a corporation organized and operating under and pursuant to the laws of the State of South Carolina and does business and owns property in Richland County.

8. Alcon Action Agency II, LLC, is a corporation organized and operating under and pursuant to the laws of the State of South Carolina and does business and owns property in Richland County.

9. The purchase agreements related to the transfer of the Properties referred to herein were executed in Richland County.

## GENERAL FACTUAL ALLEGATIONS

10. On or about July 31, 2000, an agreement ("Agreement") was reached between the Executive Committee of Bible Way Church of Our Lord Jesus Christ World Wide, Inc., and the Board of Trustees for Bible Way Church of Our Lord Jesus Christ World Wide, Inc. Apostle Huie L. Rogers executed said agreement on behalf of the General Assembly and the Board of Trustees of Bible Way Church of Our Lord Jesus Christ World Wide, Inc. on said date.

11. Said Agreement was memorialized in the Resolution on Agreement to liquidate property and assets of Bible Way Church of Our Lord Jesus Christ World Wide, Inc. (Exhibit A).

12. Said Agreement specified the manner in which the properties owned by Bible Way Church of Our Lord Jesus Christ World Wide, Inc., namely 4949 Two Notch Road, Columbia, S.C. and a 76-acre tract of land on Highway 21 in Lexington County, S.C. ("Properties"), were to be liquidated in so many particulars as stated in Exhibit A.

13. Said Agreement was also memorialized in an Order of the Court issued by The Honorable Judge Joseph M. Strickland, Master in Equity for Richland County, dated November 9, 2001, ("Order"). (Exhibit B). This Order arose out of a prior action filed by Plaintiffs against Defendant Apostle Huie L. Rogers bearing Civil Action Number 98-CP-40-3485.

14. In or about August of 2006, Plaintiffs obtained information that said Properties were transferred to Defendant M&S and John V. Green in July of 2006. Plaintiffs did not receive any notice or accounting prior to the transfer of the properties as required in the Agreement and Order.

15. Upon further information, Plaintiffs obtained information that indicated that said Properties were not transferred in accordance with said Agreement or Order and substantively violated said Agreement and Order in several particulars.

16. Said Properties were transferred to Defendants M&S and Alcon Action Agency II, LLC, ("Alcon") with full knowledge of the Agreement and Order.

## FOR A FIRST CAUSE OF ACTION

## (BREACH OF CONTRACT)

3

17.  Plaintiffs reallege all relevant prior allegations.

18.  Plaintiffs entered into a contract with Defendant Apostle Huie L. Rogers identified as the Agreement and attached as Exhibits A and B.  The Agreement was supported by mutual consideration.

19.  Plaintiffs fully met their contractual obligation by dismissing the previous lawsuit against Defendant Apostle Huie L. Rogers bearing case number 98-CP-40-3485 with prejudice.

20.  Integral to performance of the Agreement was the duty of the Defendants to transfer said Properties in accordance with the particular requirements as stated in the Agreement and Order.

21.  Plaintiff's will show that transfer of said Properties to M&S and Alcon was in substantial violation of said Agreement and Order.

22.  That the transfer of said Properties constitutes a breach of contract by Defendants.

23.  That Defendants M&S and Alcon knowingly assisted, aided and facilitated in the breach of contract.

24.  Plaintiffs, as a result of Defendants' breach of contract, are entitled to judgment for actual damages, consequential damages and incidental damages arising therefrom.

## FOR A SECOND CAUSE OF ACTION

## (BREACH OF CONTRACT ACCOMPANIED BY FRAUD/

## (FRAUDULENT CONVEYANCE)

25.  Plaintiffs reallege all relevant prior allegations.

☑006/018

03/28/2007 22:58 FAX

26. There was fraudulent intent on behalf of the Defendants relating to the Defendants' transfer of the Properties and breaching of the contract.

27. There were fraudulent acts committed by Defendants accompanying the Defendants' breach of the contract, including but not limited to the intentional failure to adhere to the terms and conditions of said Agreement and Order.

28. Plaintiffs, as a result of said fraudulent acts, are entitled to judgment for actual damages, treble damages, punitive damages, consequential damages and incidental damages arising therefrom.

## FOR A THIRD CAUSE OF ACTION

## (BREACH OF FIDUCIARY DUTY)

29. Plaintiffs reallege all relevant prior allegations.

30. As the Chief Executive Officer and Presiding Bishop of Bible Way Church of Our Lord Jesus Christ World Wide, Inc., Defendant Rogers had a confidential and fiduciary relationship with Plaintiffs and was bound to act in good faith and with due regard to the interests of Plaintiffs.

31. Defendant Apostle Huie L. Rogers breached said fiduciary duties toward Plaintiffs in failing to follow and adhere to the terms and conditions of said Agreement and Order.

32. Plaintiffs, as a result of Defendant Apostle Huie L. Rogers' breach of fiduciary duties, are entitled to judgment for actual damages, treble damages, punitive damages, consequential damages and incidental damages arising therefrom.

5

## FOR A FOURTH CAUSE OF ACTION

## (CIVIL CONSPIRACY)

33. Plaintiffs reallege all relevant prior allegations.

34. Plaintiffs will show that Defendants joined and conspired for the purposes of conducting the transfer of said Properties in violation of said Agreement and Order.

35. As a result of Defendants' conspiracy, Plaintiffs were damaged by the transfer of said Properties.

36. Plaintiffs, as a result of Defendants' acts of conspiracy, are entitled to judgment for actual damages, treble damages, punitive damages, consequential damages and incidental damages arising therefrom.

## FOR A FIFTH CAUSE OF ACTION

## (EQUITABLE REMEDIES)

37. Plaintiffs reallege all relevant prior allegations.

38. Plaintiffs request that the transfer of said properties should be set aside and/or rescinded.

39. Plaintiffs request that the Court order a full and complete accounting of the inventory of said Properties and proceeds derived from the transfer of said Properties.

40. Plaintiffs request that the Court freeze any and all accounts and/or funds which hold or have held proceeds from the transfer of said Properties.

WHEREFORE, Plaintiffs, Bible Way Church of Our Lord Jesus Christ World Wide, Inc., Apostle Franklin Cornelius Showell, and Apostle Lawrence Campbell pray

6

the Court to hold Defendants jointly and severally liable for the conduct complained of herein, to enter judgment against Defendants and in favor of Plaintiff, and to award the following relief:

A.    Awarding Plaintiff compensatory and punitive damages, and other damages, including but not limited to, treble damages, for the acts complained of herein, in an amount proven at trial, plus interest;

B.    Awarding Plaintiff attorneys' fees and cost against Defendants, as allowed by law;

C.    Rescind, set aside and/or nullify the transfer of any properties subject to the aforementioned agreement and Judge Strickland's Order dated November 9, 2001.

D.    Instituting a freeze on the accounts associated with and/or utilized in handling the proceeds from the sale of any properties subject to the aforementioned Agreement and Judge Strickland's Order dated November 9, 2001.

E.    Granting such other and further relief as the Court deems just and proper.

By: _____
    Phillip Florence, Jr.

HEDRICK EATMAN GARDNER &
KINCHELOE, LLP
1201 Main Street, Suite 1200
P.O. Box 11267
Columbia, South Carolina  29201
(803) 727-1205

**Attorneys for Plaintiffs**

_10/19_____, 2006
Columbia, South Carolina

7

# EXHIBIT F

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

To:    Prospective Exhibitors and Sponsors

From:  Elder Richard Scott, Vending Coordinator
       Minister Diane Fitzhugh, Asst. Vending Coordinator

Re:    Bible Way Church 50th International Holy Convocation
       Monday, July 2, 2007 – Friday, July 6, 2007

---

May 1, 2007

The Bible Way Church of Our Lord Jesus Christ World Wide, Inc. under the direction of Chief Apostle Cornelius Showell, Presiding Prelate, invites you to advertise your company or organization, exhibit your products and services, and/or sponsor professional or social events at the *50th International Holy Convocation in Baltimore, Maryland*. This conference will be held at the Baltimore Convention Center, located in Downtown Baltimore near the Inner Harbor.

We anticipate thousands of attendees at this event. These attendees include Bishops, District Elders, Pastors and local, national and international Delegates of Bible Way Church World Wide, Inc., as well as invited guests, church members and visitors from around the Mid-Atlantic area.

Become a Bible Way vendor or sponsor and reap numerous benefits for your company or organization:
- **Display and sell your products in the "Bible Way Marketplace"**
  Scores of vendors will be featured in this designated shopping area, a conference favorite.
- **Include your company or organization's name in the Hospitality Book**
  A listing will be included FREE OF CHARGE to allow attendees to contact you for future business needs.
- **Advertise products and services**
  Additional ad space is available in the Hospitality Book, which is given to all registered attendees.
- **Participate in all sessions and services**
  Banquets and Receptions are not included.

## Exhibitors

Exhibit hours in the Bible Way Marketplace (daily from 8:00 AM to 11:30 PM) begin Monday, July 2 and conclude Friday, July 6, 2007. Exhibitors may close their booths at their own discretion. All exhibits will close during the Keynote Address.

Exhibitor fee is $500.00 for the entire week or $150.00 per day. The fee for registered Bible Way members is $450.00 for the entire week or $100.00 per day. This fee includes: one covered 6' rectangular display table, two chairs, a free listing in our Hospitality Book, free registration and admittance to all sessions and services (banquets and receptions not included).

The exhibit area colors are black and gold. Extension cords and audiovisual equipment are the responsibility of the exhibitor. **All requests for electrical and telecommunication services must be contracted directly with The Baltimore Convention Center at www.bccenter.org or 410-649-7122.** The exhibitor is responsible for the security of booth materials and equipment during conference hours. A locked meeting room will be provided for overnight storage. All exhibitors must furnish a description of products and services to be displayed or sold at the 50th International Holy Convocation. The sale of any products or services that conflict with the Bible Way vision will be disallowed.

## "Take One" Tables

This is a special offer for companies and organizations that wish to market their products and services, but do not wish to staff an exhibition booth. Your materials will be professionally displayed in the Bible Way Marketplace throughout the length of the conference. You will need to send all display and materials no later than June 22, 2007. This fee is $500.00 for entire week or $150 per day and includes one covered 6' rectangular display table, one-half page of advertising in the Hospitality Book, display set up and take down by our Bible Way staff. This does not include registration or admittance to conference activities because no one from your company will be attending the conference.

## Sponsors

Sponsorship promotes events, services, materials and products necessary for running the conference. Sponsors will receive **one-half page of advertising** in the Hospitality Book at no additional cost and **special recognition** during the keynote address.

**A sponsor can provide all or part of any of the following services, materials, and products:**
- o Adult Messenger Bags
- o Annual Bishops Dinner
- o Chief Apostle Showell's Reception
- o Children's Lunch (provided daily)
- o Children Programming (*Kids-eriffic! Aerobics session, contracting a performer, Oriole Bird visit, et al.*)
- o Conference Advertising Printing Costs
- o Jubilee Banquet
- o T-shirts that advertise Bible Way and your company
- o Youth Back Packs

*You can maximize your company's marketing impact by engaging in more than one of these sponsorship opportunities for our 50th International Holy Convocation.* For example, purchasing a "Take One Table," sending complimentary company pens to be distributed as favors, and providing funds to partially or fully sponsor one of the convocation activities would prominently display your company in the Bible Way Marketplace, provide advertisement in our Hospitality Book, and garner special praise and recognition during the Keynote Address.

## Unauthorized Activities

Exhibitor acknowledges that the 50th International Holy Convocation is designed to be an orderly, controlled event and agrees not to exhibit, sponsor, or hold any activity designed to promote or sell goods or services to conference attendees, except as an authorized exhibitor following assignment of booth space number. Exhibitors will refrain from sponsoring or endorsing any activities during hours of announced Bible Way scheduled activities without prior written consent of Bible Way. No food is allowed to be sold.

## Deadlines

Your completed application and fees should be returned as soon as possible. Photo ready ads must accompany this application or be sent to d.fitzhugh@mybibleway.com and be received **no later than June 16, 2007**. Mail to: Bible Way Marketplace, Bible Way Church, P.O. Box 38424, Baltimore, Maryland 21231. Please contact Richard Scott with questions or concerns at 410.767.0288 or r.scott@mybibleway.com. You may also contact Diane Fitzhugh at 410.276.1215 or d.fitzhugh@mybibleway.com.

Finally, please rest assure that we will do everything we can to make this event a marketing and financial success for your company or organization. On behalf of Chief Apostle Cornelius Showell and Bible Way World Wide, we thank you for your consideration in sponsoring and/or exhibiting at the *50th International Holy Convocation*. We look forward to hearing from you, answering any questions you may have, and meeting you in person at the conference.

**50th International Holy Convocation**
The Bible Way Church of Our Lord Jesus Christ World Wide, Inc.
Monday, July 2, 2007 – Friday, July 6, 2007
Baltimore Convention Center
Baltimore, Maryland

## EXHIBIT SPACE AND SPONSORSHIP APPLICATION

Company/Organization Name: _____

Company Contact/Authorized Agent: _____

Address: _____
          Street or P.O. Box                    City                State              Zip

Phone: (____) _____ Fax (____) _____ Email_____

---

Representative Name(s) as it should appear on name tag. (Complimentary registration is limited to **two representatives per exhibitor/sponsor**. A nominal fee is charged for more than two representatives.)

1. _____   2. _____

---

## EXHIBITOR/SPONSORSHIP OPTIONS (*check all that apply*):

_____ **Exhibitor** ~ Includes one covered 6' rectangular display table, two chairs, company listing in Hospitality Book, free registration and admittance to all sessions and services (banquets and receptions not included).
**Total fee: $500/entire week; $150/per day**
*Special rate for Bible Way Members*: **$450/entire week or $100 /per day**
(*Pastor's signature and conference registration required.*)

**Per Day Option** [Please check the day(s) that you would like to participate]
☐ Monday, June 2  ☐ Tuesday, June 3  ☐ Wednesday, June 4  ☐ Thursday, June 5  ☐ Friday, June 6

_____ **"Take One" Table** ~ Includes one-half page of advertising in Hospitality Book, one 6' covered rectangular display table, professional display of your materials throughout the conference, set up and take down. All display materials must be sent **no later than June 16, 2007**.
**Total fee:  $500/entire week or $150/day**

_____ **Favors** ~ You will need to send all complimentary materials to Diane Fitzhugh **no later than June 16, 2007**. No fee is charged for this option.

_____ **Sponsor** ~ Includes special recognition during the keynote address, one-half page of advertising in Hospitality Book, free registration and admittance to all services (banquets and receptions not included). Please check any of the following events, services, materials or products you would like to sponsor:

**Amount Enclosed**

_____ Adult Messenger Bags .......................................... $_____

_____ Annual Bishops Dinner ......................................... $_____

_____ Chief Apostle Showell's Reception ......................... $_____

_____ Children's Lunch ................................................ $_____

_____ Children Programming ......................................... $_____

_____ Conference Advertising Printing Costs .................... $_____

_____ Jubilee Banquet ................................................. $_____

_____ T-shirts (advertising Bible Way and your company) ..... $_____

_____ Youth Back Packs ............................................... $_____

## 50th International Holy Convocation
### Monday, July 2, 2007 – Friday, July 6, 2007

_____  **Additional Advertising** ~ Each "Take One" Table and Sponsor will be allowed one-half page of advertising in the Bible Way Hospitality Book at no additional cost. If you want an additional ad, the costs are as follows (please check all that apply):

_____ $500.00 – Back Cover, outside*
_____ $300.00 – Front or Back Cover, inside*
_____ $100.00 – Full color page
_____ $ 50.00 – Half page, grayscale
_____ $ 25.00 – Quarter page, grayscale
_____ $ 15.00 – Business card, grayscale

Print ready ads can accompany this application or be sent to d.fitzhugh@mybibleway.com and must be received no later than June 16, 2007. **All payments must be included with this application.**

*Call Diane Fitzhugh at 410.276.1215 to secure this space.*

**Full payment must accompany this application to secure your space in the Bible Way Marketplace.** Written confirmation will be mailed or emailed upon receipt of your application and full payment. Written notice must be sent in the event of cancellation to the Bible Way office by June 25, 2007. There is a $50.00 service charge for all cancellations. Cancellations made after June 25, 2007 will not receive a refund. Exhibitors submitting applications and payment *after June 16, 2007* may not be included in the final complimentary listing of exhibitors published in the Bible Way Hospitality Book because of printing deadlines.

Please indicate **total amount** enclosed for exhibit space, sponsorships, and additional advertisements. _____

*I understand that Bible Way Church and its representatives will not be held liable for damages or loss caused by fire, theft, or any other causes while occupying space in the Bible Way Marketplace. Exhibitors should take reasonable care to protect themselves from loss and damage.*

_____    _____    _____
Signature of authorizing agent              Company/Organization                    Date

### Make all checks payable to
### **Bible Way Church**

Send applications with full payment, sponsorship and advertising fees to
**Bible Way Marketplace, Bible Way Church P.O. Box 38424, Baltimore, Maryland 21231**

Send print ready ads to
**d.fitzhugh@mybibleway.com**

| PLEASE DO NOT WRITE IN THIS SPACE | | | |
|---|---|---|---|
| Date received: _____ ☐ Contract accepted ☐ Contract pending ☐ Contract declined _____ | | | |
| Booth #_____ ☐ Vendor ☐ Take One ☐ Ad Total Paid $_____ | | | |
| Partial /Full Sponsorship of _____ Contribution _____ | | | |
| Processed by: _____ | | | |

# EXHIBIT G

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**



**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BIBLE WAY CHURCH OF OUR LORD JESUS | ) | |
| CHRIST WORLD WIDE, INC., | ) | |
| 261 Rochester Ave., Brooklyn, New York, 11213 | ) | |
| A District of Columbia Corporation | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:07-cv-01178 |
| | ) |  HHK |
| | ) | |
| v. | ) | |
| | ) | |
| CORNELIUS SHOWELL and | ) | |
| LAWRENCE CAMPBELL,  LYLE DUKES, | ) | |
| JOSEPH SHOWELL, | ) | |
| Individuals, and | ) | |
| HARVEST LIFE CHANGERS WORLD | ) | |
| MINISTRIES, | ) | |
| A Virginia Corporation | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF CONVENTIONAL FILING OF EXHIBIT ON CD

Plaintiff Bible Way Church of Our Lord Jesus Christ, Inc. (hereinafter "Plaintiff"

or "The Church"), contemporaneously with this Notice, filed its Memorandum in

Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (the

"Opposition").  Referenced in the Opposition is Exhibit G which is a capture of the

introduction to Defendants' web site.  Due to the format of the introduction on the

Defendants' web page, it cannot be attached to the Opposition in paper format or via an

Adobe file.  Rather, Plaintiff submits Exhibit G to its Opposition in electronic format on

the attached CD.  Local Civil Rule 5.4(e)(1) requires the Plaintiff to conventionally file

any exhibits or attachments that are not in a format that readily permits electronic filing.

Local Civil Rule 5.4(e)(1) also mandates that a notice of conventional filing accompany any such exhibit.  Plaintiff will also provide a copy of Exhibit G to its Opposition to opposing counsel by mail.

Dated:  January 28, 2008                    Respectfully submitted,

                                            _____/s/ Roger A. Colaizzi_____
                                            Roger A. Colaizzi
                                            D.C. Bar No. 414025
                                            Venable LLP
                                            575 7th Street, N.W.
                                            Washington, D.C.  20004-1601
                                            Tel:  (202) 344-4000
                                            Fax:  (202) 344-8300
                                            *Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 28, 2008 I will electronically file the foregoing Notice with the Clerk of the Court using CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jordan Genevieve Esbrook
Kwame A. Clement
David B. Bergman
Catherin Rowland
ARNOLD & PORTER
555 12th Street, NW
Washington, DC 20004
Email: jordan_esbrook@aporter.com
*Counsel for Defendants*

I further certify that a hard copy of the foregoing Notice and the CD referenced therein were served by hand delivery, upon counsel for the Defendants at the above address on January 29, 2008.

                                            _____/s/   Roger A. Colaizzi__
                                            Roger A. Colaizzi

- 2 -