IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIBLE WAY CHURCH OF OUR LORD JESUS CHRIST WORLD WIDE, INC. ) ) ) Plaintiff, ) ) v. ) ) CORNELIUS SHOWELL and ) LAWRENCE CAMPBELL, ) LYLE DUKES, JOSEPH SHOWELL, ) Individuals, and HARVEST LIFE ) CHANGERS WORLD MINISTRIES, ) A Virginia Corporation, ) ) Defendants. ) ) | Case No.: 1:07-cv-01178 (HHK) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please take notice that the undersigned counsel, David B. Bergman, hereby enters his appearance as lead counsel in the above-captioned matter for Defendants Cornelius Showell, Lawrence Campbell, Lyle Dukes, Joseph Showell, and Harvest Life Changers World Ministries.

Dated: February 29, 2008

Respectfully submitted,

_____/s /_____
David B. Bergman
DC Bar # 435392
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
(202) 942-5000
(202) 942-5999 Fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of February 2008, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be served via electronic filing and via first-class mail, postage prepaid, upon the following:

>Roger Colaizzi, Esq.
>VENABLE LLP
>575 7th Street, NW
>Washington, DC  20004

_____/s/_____
David B. Bergman