IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BIBLE WAY CHURCH OF OUR LORD JESUS CHRIST WORLD WIDE, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 1:07-cv-01178 (HHK) |
| CORNELIUS SHOWELL and LAWRENCE CAMPBELL, LYLE DUKES, JOSEPH SHOWELL, Individuals, and HARVEST LIFE CHANGERS WORLD MINISTRIES, A Virginia Corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please take notice that the undersigned counsel, Kwame A. Clement, hereby enters his appearance as counsel in the above-captioned matter for Defendants Cornelius Showell, Lawrence Campbell, Lyle Dukes, Joseph Showell, and Harvest Life Changers World Ministries.

Dated: April 15, 2008

Respectfully submitted,

_____/s /_____
Kwame A. Clement
DC Bar # 467377
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
(202) 942-5000
(202) 942-5999 Fax

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of April 2008, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be served via electronic filing and via first-class mail, postage prepaid, upon the following:

>Roger Colaizzi, Esq.
>VENABLE LLP
>575 7th Street NW
>Washington, DC  20004

>_____/s/_____
>Kwame A. Clement