UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BIBLE WAY CHURCH OF OUR LORD JESUS CHRIST WORLD WIDE, INC., 261 Rochester Ave., Brooklyn, New York, 11213 A District of Columbia Corporation | ) ) ) ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No.: 1:07-cv-01178 HHK |
| v. | ) ) | |
| CORNELIUS SHOWELL and LAWRENCE CAMPBELL, LYLE DUKES, JOSEPH SHOWELL, Individuals, and HARVEST LIFE CHANGERS WORLD MINISTRIES, A Virginia Corporation | ) ) ) ) ) ) ) ) | |
| Defendants. _____ | ) ) | |

**JOINT MOTION FOR CONTINUANCE**

Because of lead Plaintiff counsel's emergency eye surgery, the parties jointly request a continuance for the hearing scheduled for April 18, 2008 at 10:00 a.m. in the above-captioned action.

Lead counsel for Plaintiff and attorney of record Roger A. Colaizzi underwent emergency eye surgery on April 14, 2008, and he is not able to work nor to leave his home per the order of the treating physician.  It is impossible for him to argue the motion on the date currently scheduled.  In fact, Mr. Colaizzi is not able to return to work until sometime after April 22, 2008, and may be out the remainder of that week.  Plaintiff attempted to prepare substitute counsel for the hearing but was unable to do so.

The parties respectfully request that the hearing be continued until a date in May when the Court is available. The parties regret to inform the Court that counsel for both parties are not available on the same date until May 12 and dates thereafter. For the convenience of the Court, the parties submit that they are presently available on the following dates:

      May 12-16

      May 19-22

For the foregoing reasons, the parties respectfully request that the joint motion be granted.

April 17, 2008                                            Respectfully submitted,

    /s/ Roger A. Colaizzi                               /s/ David B. Bergman

Roger A. Colaizzi                                        David B. Bergman
D.C. Bar No. 414025                               Kwame A Clement
Venable LLP                                               Catherine Rowland
575 7th Street, N.W.                                 Jordan Esbrook
Washington, D.C. 20004-1601              ARNOLD & PORTER LLP
Tel: (202) 344-4000                                555 12th Street NW
Fax: (202) 344-8300                               Washington DC 20004
                                                          Tel: (202) 942-5474
*Attorneys for Plaintiff*                         Fax: (202) 942-5999

                                                    *Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIBLE WAY CHURCH OF OUR LORD JESUS CHRIST WORLD WIDE, INC., 261 Rochester Ave., Brooklyn, New York, 11213 A District of Columbia Corporation <br><br> Plaintiff, <br><br> v. <br><br> CORNELIUS SHOWELL and LAWRENCE CAMPBELL, LYLE DUKES, JOSEPH SHOWELL, Individuals, and HARVEST LIFE CHANGERS WORLD MINISTRIES, A Virginia Corporation <br><br> Defendants. | Civil Action No.: 1:07-cv-01178 HHK |

## ORDER

Upon consideration of the Joint Motion for Continuance, the motion is hereby GRANTED.  The hearing is hereby CONTINUED until

_____ \_\_\_\_\_, 2008 at \_\_\_\_\_.

**SO ORDERED**

_____
Judge Henry H. Kennedy
United States District Court for the
District of Columbia

DATED: